| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Coldwater Development LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1620924** | |
| 4. | Debtor's address | **Principal place of business**  **11301 W. Olympic Blvd. #537**  **Los Angeles, CA 90064**  Number, Street, City, State & ZIP Code  **Los Angeles**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **APN 4387 021 018 and APN 4387 021 019 (Vacant lands) Beverly Hills, CA 90210**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Coldwater Development LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
■ Yes.

Debtor **Lydda Lud, LLC** _____ Relationship **Affiliate**

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **Coldwater Development LLC**  
Name

Case number (*if known*)

District  **Central District of California, Los Angeles Division**    When    Case number, if known  **TBD**

Debtor **Coldwater Development LLC**      Case number (*if known*) _____
   Name

11. **Why is the case filed in *this district?***    *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ■ No
   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other

   **Where is the property?** _____
      Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*

   ■ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

   | | | |
   |---|---|---|
   | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
   | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
   | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
   | ☐ 200-999 | | |

15. **Estimated Assets**

   | | | |
   |---|---|---|
   | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
   | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
   | ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
   | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

   | | | |
   |---|---|---|
   | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
   | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
   | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
   | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Coldwater Development LLC**  
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/15/2021**
MM / DD / YYYY

X _____   **Mohamed Hadid**
Signature of authorized representative of debtor   Printed name

Title **Member**

**18. Signature of attorney**   X _____   Date **01/15/2021**
Signature of attorney for debtor   MM / DD / YYYY

**Aram Ordubegian**
Printed name

**Arent Fox LLP**
Firm name

**555 West Fifth Street, 48th Floor**
**Los Angeles, CA 90013-1065**
Number, Street, City, State & ZIP Code

Contact phone **213.629.7400**   Email address **Aram.Ordubegian@arentfox.com**

**185142 CA**
Bar number and State

# JOINT WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER OF COLDWATER DEVELOPMENT LLC

## Dated: January 15, 2021

### Commencement of a Bankruptcy Case

The undersigned, constituting the sole member and manager (the "Member") of Coldwater Development LLC, a California limited liability company (the "Company"), does hereby take the following actions on behalf of the Company by written consent:

**WHEREAS**, the Member has reviewed the liabilities and liquidity of the Company and fully considered the strategic alternatives available to the Company and the impact of the decisions authorized herein on the Company's business;

**WHEREAS**, the Member is authorized to determine, based upon the Company's condition, subsequent events, and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, the Member, and any other party in interest, to file a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Member may determine, based upon the Company's condition, subsequent events, and advice of counsel, whether filing a petition under chapter 11 of the Bankruptcy Code best serves the best interests of the Company, its creditors, the Member, and other parties in interest.

**NOW, THEREFORE, BE IT RESOLVED**, that the Member hereby resolves to take the following actions:

**FURTHER RESOLVED**, that the Member finds that filing a petition on behalf of the Company under chapter 11 of the Bankruptcy Code is fair and reasonable and in the best interests of the Company, its creditors, the Member, and other parties in interest.

**FURTHER RESOLVED**, that a petition under chapter 11 of the Bankruptcy Code is to be filed by the Company with the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), and such petition is hereby approved and adopted in all respects, and the Member is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify such a petition and to cause the petition to be filed with the Bankruptcy Court.

**FURTHER RESOLVED**, that in connection with commencing, sustaining, or successfully terminating a proceeding under chapter 11 of the Bankruptcy Code, the Member is hereby authorized to negotiate, execute, deliver, perform and file any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) and to take any and all other actions that the Member deems necessary, proper, or advisable, including, without limitation, retaining legal counsel.

*[Signature Page to Follow]*

AFDOCS/23575586.1

**IN WITNESS WHEREOF**, the undersigned has executed the foregoing written consent of the sole member of the Company as of the date first written above.

**SOLE MEMBER AND MANAGER**

_____
Mohamed Hadid

[Signature Page to Written Consent of the Sole Member and Manager of Coldwater Development LLC]

AFDOCS/23575586.1

**Fill in this information to identify the case:**

Debtor name   **Coldwater Development LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/15/21   X  _/s/ Mohamed Hadid_
                            Signature of individual signing on behalf of debtor

**Mohamed Hadid**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Coldwater Development LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bel Air Project LLC**<br>9454 Wilshire Blvd. #320<br>Beverly Hills, CA 90212 | | Loan | | | | $429,147.00 |
| **Construction Enterprise & Services**<br>11301 W. Olympic Blvd. #537<br>Los Angeles, CA 90064 | | Loan | | | | $1,458,698.00 |
| **Land Phases Inc.**<br>5158 Cochran St.<br>Simi Valley, CA 93063 | | Services Rendered | | | | $11,250.00 |
| **Larry A. Rothstein**<br>2945 Townsgate Rd., Suite 200<br>Westlake Village, CA 91361 | | Services Rendered | | | | $4,851.00 |
| **Law Offices of Adulaziz, Grossbart and Rudman**<br>6454 Coldwater Canyon Ave.<br>North Hollywood, CA 91606 | | Services Rendered | | | | $305.67 |
| **LC Engineering Group, Inc.**<br>889 Pierce Court, Suite 101<br>Thousand Oaks, CA 91360 | | Services Rendered | | | | $110,874.71 |

| Debtor | **Coldwater Development LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Los Angeles County Tax Collector**<br>P.O. Box 54018<br>Los Angeles, CA 90054 | | **Property Tax** | | | | $162,409.35 |
| **Los Angeles County Tax Collector**<br>P.O. Box 54018<br>Los Angeles, CA 90054 | | **Property Tax** | | | | $69,151.10 |
| **Los Angeles County Tax Collector**<br>P.O. Box 54018<br>Los Angeles, CA 90054 | | **Property Tax** | | | | $40,710.00 |
| **Los Angeles County Tax Collector**<br>P.O. Box 54018<br>Los Angeles, CA 90054 | | **Property Tax** | | | | $17,163.96 |
| **Los Angeles Department of Water and Power**<br>P.O. Box 51111<br>Los Angeles, CA 90051 | | **Utility** | | | | $589.20 |
| **Permits Unlimited**<br>4340 Caleta Rd.<br>Agoura Hills, CA 91301 | | **Services Rendered** | | | | $15,596.14 |
| **Shahbaz Law Group**<br>15760 Ventura Blvd., Ste. 850<br>Encino, CA 91436 | | **Services Rendered** | | | | $104,270.15 |
| **State of California Department of Industrial Relations**<br>6150 Van Nuys Blvd # 105<br>Van Nuys, CA 91401 | | **Taxes** | | | | **Unknown** |
| **Tree Lane LLC**<br>11301 W. Olympic Blvd. #537<br>Los Angeles, CA 90064 | | **Loan** | | | | $50,000.00 |
| **Treetop Development LLC**<br>11301 W. Olympic Blvd. #537<br>Los Angeles, CA 90064 | | **Loan** | | | | $138,525.00 |

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   901 Strada, LLC
   Case no.: 2:19-bk-23962-BB
   Date filed: 11/27/2019
   Debtor dismissed: 12/17/2019
   Date terminated: 01/29/2020

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  _Los Angeles_  , California.

Date: _1/15/21_

Mohamed Hadid
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aram Ordubegian<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>213.629.7400 Fax: 213.629.7401<br>California State Bar Number: 185142 CA<br>Aram.Ordubegian@arentfox.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Coldwater Development LLC**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 1/15/21

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Coldwater Development LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Aram Ordubegian
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065


Bel Air Project LLC
9454 Wilshire Blvd. #320
Beverly Hills, CA 90212


Construction Enterprise & Services
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Give Back LLC
P.O. Box 11480
Beverly Hills, CA 90213


Land Phases Inc.
5158 Cochran St.
Simi Valley, CA 93063


Larry A. Rothstein
2945 Townsgate Rd., Suite 200
Westlake Village, CA 91361


Law Offices of Adulaziz, Grossbart
and Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606

LC Engineering Group, Inc.
889 Pierce Court, Suite 101
Thousand Oaks, CA 91360


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054


Los Angeles Department of Water
and Power
P.O. Box 51111
Los Angeles, CA 90051


Permits Unlimited
4340 Caleta Rd.
Agoura Hills, CA 91301


Shahbaz Law Group
15760 Ventura Blvd., Ste. 850
Encino, CA 91436


State of California Department of
Industrial Relations
6150 Van Nuys Blvd # 105
Van Nuys, CA 91401


Tree Lane LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Treetop Development LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064