Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
aram.ordubegian@arentfox.com
douglas.flahaut@arentfox.com
annie.stoops@arentfox.com

*Proposed* General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**COLDWATER DEVELOPMENT LLC,**<br>a California limited liability company,<br><br>Debtor and Debtor-in-Possession.<br>_____<br>In re<br><br>**LYDDA LUD, LLC**, a California limited<br>liability company,<br><br>Debtor and Debtor-in-Possession.<br>_____<br><br>[ ] Affects both Debtors.<br>[x] Affects Coldwater Development LLC<br>  only.<br>[ ] Affects Lydda Lud, LLC only<br><br>Debtors and Debtors-in-Possession. | Lead Case No.:  2:21-bk-10335-BB<br><br>Chapter 11<br><br><br>Jointly Administered with<br>Case No.:  2:21-bk-10336-BB<br><br><br>**GLOBAL NOTES AND STATEMENT<br>OF LIMITATIONS, METHODOLOGY,<br>AND  DISCLAIMERS REGARDING<br>DEBTOR COLDWATER<br>DEVELOPMENT LLC'S SCHEDULES** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/23629068.1

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR COLDWATER DEVELOPMENT LLC'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Coldwater Development LLC, the above-referenced debtor and debtor-in-possession (the "Debtor"), is filing its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the above-captioned case.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and SOFA pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and SOFA. They should be referred to, considered, and reviewed in connection with any review of the Schedules and/or SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's best commercially reasonable efforts to report the assets and liabilities of the Debtor.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against any Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and

1  however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of

2  the possibility of such damages.

3  **Global Notes and Overview of Methodology**

4  **1.**    **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete

5  and accurate Schedules and SOFA; however, inadvertent errors or omissions may exist.

6  The Debtor reserves all rights to (i) amend or supplement the Schedules and/or SOFA

7  from time to time, in all respects, as may be necessary or appropriate, including, without

8  limitation, the right to amend the Schedules and SOFA with respect to claim description

9  or designation; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in

10  the Schedules or SOFA as to amount, liability, priority, status or classification; (iii)

11  subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object

12  to the extent, validity, enforceability, priority, or avoidability of any claim.  Any failure to

13  designate a claim in the Schedules or SOFA as "disputed," "contingent," or

14  "unliquidated" does not constitute an admission by Debtor that such claim or amount is

15  not "disputed," "contingent," or "unliquidated."  Listing a claim does not constitute an

16  admission of liability by the Debtor against which the claim is listed.  Furthermore,

17  nothing contained in the Schedules or SOFA shall constitute a waiver of rights with

18  respect to each Debtor's Chapter 11 case, including, without limitation, issues involving

19  claims, substantive consolidation, defenses, equitable subordination, and/or causes of

20  action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other

21  relevant non-bankruptcy laws to recover assets or avoid transfers.    Any specific

22  reservation of rights contained elsewhere in these Global Notes does not limit in any

23  respect the general reservation of rights contained in this paragraph.  Notwithstanding the

24  foregoing, the Debtor shall not be required to update the Schedules and SOFA except as

25  may be required by applicable law.

26  **2.**    **Description of the Case and "As Of" Information Date.** On January 15, 2021 (the

27  "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the

28  Bankruptcy Code.  The Debtor is operating its business as a debtor-in-possession pursuant

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/23629068.1

- 3 -

1    to sections 1107(a) and 1108 of the Bankruptcy Code. The asset information provided

2    herein represents the best available asset data as of the close of business on January 15

3    2021.  The liability information represents the best available liability data of the Debtor as

4    of the close of business on January 15, 2021.

5    **3.**    **Net Book Value of Assets.** Unless otherwise indicated, there is no net book value for the

6    Debtor's assets.

7    **4.**    **Recharacterization.** Notwithstanding the Debtor's commercially reasonable efforts to

8    properly characterize, classify, categorize, or designate certain claims, assets, executory

9    contracts, unexpired leases, and other items reported in the Schedules and SOFA, the

10    Debtor may nevertheless have improperly characterized, classified, categorized,

11    designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to

12    re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the

13    Schedules or SOFA at a later time as is necessary or appropriate as additional information

14    becomes available, including, without limitation, whether contracts or leases listed herein

15    were deemed executory or unexpired as of the Petition Date and remain executory and

16    unexpired post-petition. Disclosure of information in one or more Schedules, one or more

17    SOFA question, or one or more exhibits or attachments to the Schedules or SOFA, even if

18    incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFA

19    exhibits, or attachments.

20    **5.**    **Liabilities.** The Debtor has sought to allocate liabilities between the pre-petition and post-

21    petition periods and between Debtor and non-Debtor entities based on the information and

22    research conducted in connection with the preparation of the Schedules and SOFA.  As

23    additional information becomes available and further research is conducted, the allocation

24    of liabilities between the prepetition and post-petition periods may change.  Accordingly,

25    the Debtor reserves all of its rights to amend, supplement, or otherwise modify its

26    Schedules and SOFA as is necessary or appropriate.  Furthermore, the liabilities listed on

27    the Schedules do not reflect any analysis of claims under section 503(b)(9) of the

28    Bankruptcy Code.  Accordingly, the Debtor reserves all rights to dispute or challenge the

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/23629068.1

validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**6.** **Excluded Assets and Liabilities.** Certain immaterial assets and liabilities of the Debtor may have been excluded.

**7.** **Insiders.** For purposes of the Schedules and SOFA, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and SOFA, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**8.** **Classifications**. Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," (c) a claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by any Debtor of the legal rights of the claimant or a waiver of any Debtor's rights to re-characterize or reclassify such claims or contracts or to setoff of such claims.

**9.** **Claims Description.** Schedules D and E/F permit the Debtor to designate a claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such claim is not subject to objection. The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Statement and

1   Schedules on any grounds, including liability or classification. Additionally, the Debtor

2   expressly reserves all of its rights to subsequently designate such claims as "disputed,"

3   "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission

4   of liability by the Debtor.

5   **10.    Causes of Action.** Despite making commercially reasonable efforts to identify all known

6   assets, the Debtor may not have listed all of its causes of action or potential causes of

7   action against third-parties as assets in the Schedules and SOFA, including, without

8   limitation, causes of actions arising under the provisions of Chapter 5 of the Bankruptcy

9   Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

10  The Debtor reserves all rights with respect to any cause of action (including avoidance

11  actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any

12  claim on contracts or for breaches of duties imposed by law or in equity, demand, right,

13  action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account,

14  defense, power, privilege, license, and franchise of any kind or character whatsoever,

15  known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected,

16  liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable

17  directly or derivatively, whether arising before, on, or after the Petition Date, in contract

18  or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes

19  of Action") it may have, and neither these Global Notes nor the Schedules and SOFA

20  shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or

21  impair the assertion of such claims or Causes of Action.

22  **11.    Summary of Significant Reporting Policies.** The following is a summary of significant

23  reporting policies

24      • <u>Undetermined Amounts</u>. The description of an amount as "unknown" is not

25          intended to reflect upon the materiality of such amount.

26      • <u>Totals</u>. All totals that are included in the Schedules and SOFA represent totals of

27          all known amounts. To the extent there are unknown or undetermined amounts, the

28          actual total maybe different than the listed total.

1  12.  **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

2  13.  **Global Notes Control.** In the event that the Schedules or SOFA differ from any of the

3  foregoing Global Notes, these Global Notes shall control.

4  **Specific Notes with Respect to the Debtor's Schedules of Assets and Liabilities**

5  The Schedules neither purport to represent financial statements prepared in accordance

6  with GAAP, nor are they intended to be fully reconciled with the financial statements of the

7  Debtor. Additionally, the Schedules contain unaudited information that is subject to further

8  review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the

9  assets and liabilities of the Debtor.  Moreover, given, among other things, questions about the

10  characterization of certain assets and the valuation and nature of certain liabilities, to the extent

11  that the Debtor shows more assets than liabilities, this is not an admission that such Debtor was

12  solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent the

13  Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent

14  as of the Petition Date or at any time before the Petition Date.

15  14.  ***Schedule A/B, Part 9, Question 55 – Real Property; Schedule D, Part 1, Question 2 –***

16  ***Value of Collateral that Supports Secured Claim***

17  A appraisal report prepared by Paul Jackle & Associates, Inc. opined that the "as is"

18  market value of the Debtor's two real property lots together with Lydda Lud, LLC's

19  ("Lydda") four lot was $131 million as of November 15, 2020.  Here, for purposes of

20  valuation the Debtor's two lots, the Debtor divided $131 million by six and arrived at an

21  estimate of approximately $21.8 million per lot for a total of $43.6 million.  Lydda's

22  chapter 11 case is jointly administered with the Debtor's case.

23  15.  ***Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, Part 2,***

24  ***Question 4 – Payments or other transfers of property made within 1 year before***

25  ***filing this case that benefited any insider***

26  The Debtor's primary asset is vacant land, and the Debtor has no employees or ongoing

27  business operations in the traditional sense.  Because the Debtor does not generate

28  income, the Debtor receives capital to pay its expenses – as well as Lydda's expenses –

from non-debtor affiliate entities that are owned by the Debtor's principal, Mohamed Hadid.  At times, if there is a surplus of funds after payment of the Debtor's and Lydda's expenses, the funds are returned or transferred to the non-debtor affiliates.

**END OF GLOBAL NOTES**

**Fill in this information to identify the case:**

Debtor name     **Coldwater Development LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-10335-BB**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■  Other document that requires a declaration     **Statement of Financial Affairs and Mailing Matrix.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/29/21          X 
                               Signature of individual signing on behalf of debtor

                               **Mohamed Hadid**
                               Printed name

                               **Member**
                               Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Coldwater Development LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2:21-bk-10335-BB** |

☒ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bel Air Project LLC 9454 Wilshire Blvd. #320 Beverly Hills, CA 90212** | | **Loan** | | | | **$429,147.00** |
| **Construction Enterprise & Services 11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | | **Loan** | | | | **$1,458,698.00** |
| **Land Phases Inc. 5158 Cochran St. Simi Valley, CA 93063** | | **Services Rendered** | | | | **$11,250.00** |
| **Larry A. Rothstein 2945 Townsgate Rd., Suite 200 Westlake Village, CA 91361** | | **Services Rendered** | | | | **$4,851.00** |
| **Law Offices of Adulaziz, Grossbart and Rudman 6454 Coldwater Canyon Ave. North Hollywood, CA 91606** | | **Services Rendered** | | | | **$305.67** |
| **LC Engineering Group, Inc. 889 Pierce Court, Suite 101 Thousand Oaks, CA 91360** | | **Services Rendered** | | | | **$110,874.71** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Coldwater Development LLC**

Name

Case number *(if known)*    **2:21-bk-10335-BB**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Los Angeles County Tax Collector P.O. Box 54018 Los Angeles, CA 90054** | | **APN 4387 021 018 and APN 4387 021 019** | | **Unknown** | **$43,600,000.00** | **Unknown** |
| **Los Angeles County Tax Collector P.O. Box 54018 Los Angeles, CA 90054** | | **APN 4387 021 018 and APN 4387 021 019** | | **Unknown** | **$43,600,000.00** | **Unknown** |
| **Los Angeles County Tax Collector P.O. Box 54018 Los Angeles, CA 90054** | | **APN 4387 021 018 and APN 4387 021 019** | | **Unknown** | **$43,600,000.00** | **Unknown** |
| **Los Angeles County Tax Collector P.O. Box 54018 Los Angeles, CA 90054** | | **APN 4387 021 018 and APN 4387 021 019** | | **Unknown** | **$43,600,000.00** | **Unknown** |
| **Los Angeles Department of Water and Power P.O. Box 51111 Los Angeles, CA 90051** | | **Utility** | | | | **$589.20** |
| **Permits Unlimited 4340 Caleta Rd. Agoura Hills, CA 91301** | | **Services Rendered** | | | | **$15,596.14** |
| **State of California Department of Industrial Relations 6150 Van Nuys Blvd # 105 Van Nuys, CA 91401** | | **Taxes** | | | | **Unknown** |
| **Tree Lane LLC 11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | | **Loan** | | | | **$50,000.00** |
| **Treetop Development LLC 11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | | **Loan** | | | | **$138,525.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Coldwater Development LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-10335-BB**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **43,600,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $   **1,650.85**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $   **43,601,650.85**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **25,846,227.32**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **2,219,836.72**

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b                                                                          $   **28,066,064.04**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Coldwater Development LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:21-bk-10335-BB** |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| | **Bank of America** | | | |
| 3.1. | **Checking Account** | | 4546 | $1,650.85 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $1,650.85 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Coldwater Development LLC**                                    Case number *(If known)*  **2:21-bk-10335-BB**
_____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **APN 4387 021 018 and APN 4387 021 019** | | **N/A** | **Appraisal Report dated November 15, 2020** | **$43,600,000.00** |

56.    **Total of Part 9.**                                                              | **$43,600,000.00** |

         Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
         Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Coldwater Development LLC**                                    Case number *(If known)*  **2:21-bk-10335-BB**
<u>                                                      </u>
Name

■ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
□ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
□ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Coldwater Development LLC**                                        Case number *(If known)*  **2:21-bk-10335-BB**
_____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,650.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $43,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,650.85 | + 91b.  $43,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $43,601,650.85 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Coldwater Development LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-10335-BB**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Give Back LLC** | Describe debtor's property that is subject to a lien | $25,741,957.17 | $43,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**APN 4387 021 018 and APN 4387 021 019**

**P.O. Box 11480
Beverly Hills, CA 90213**

Creditor's mailing address

**Describe the lien
Secured**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**2020**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ No

☐ Unliquidated

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Disputed

**1. Give Back LLC
2. Shahbaz Law Group
3. Los Angeles County Tax Collector
4. Los Angeles County Tax Collector
5. Los Angeles County Tax Collector
6. Los Angeles County Tax Collector**

| 2.2 | **Los Angeles County Tax Collector** | Describe debtor's property that is subject to a lien | **Unknown** | $43,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**APN 4387 021 018 and APN 4387 021 019**

**P.O. Box 54018
Los Angeles, CA 90054**

Creditor's mailing address

**Describe the lien
Property Tax**

**Is the creditor an insider or related party?**

☑ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

| Debtor | Coldwater Development LLC | Case number (if known) | 2:21-bk-10335-BB |
|--------|---------------------------|------------------------|------------------|
|        | Name                      |                        |                  |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1019**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.3 | **Los Angeles County Tax Collector** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$43,600,000.00** |
|-----|--------------------------------------|--------------------------------------------------------|-------------|---------------------|

Creditor's Name

**APN 4387 021 018 and APN 4387 021 019**

**P.O. Box 54018**
**Los Angeles, CA 90054**

Creditor's mailing address

**Describe the lien**

**Property Tax**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1019**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.4 | **Los Angeles County Tax Collector** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$43,600,000.00** |
|-----|--------------------------------------|--------------------------------------------------------|-------------|---------------------|

Creditor's Name

**APN 4387 021 018 and APN 4387 021 019**

**P.O. Box 54018**
**Los Angeles, CA 90054**

Creditor's mailing address

**Describe the lien**

**Property Tax**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1018**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Coldwater Development LLC** | | Case number (if known) | **2:21-bk-10335-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.5 | **Los Angeles County Tax Collector** | | Describe debtor's property that is subject to a lien | **Unknown** | **$43,600,000.00** |
|---|---|---|---|---|---|

**Los Angeles County Tax Collector**
Creditor's Name

Describe debtor's property that is subject to a lien
**APN 4387 021 018 and APN 4387 021 019**

**P.O. Box 54018**
**Los Angeles, CA 90054**
Creditor's mailing address

Describe the lien
**Property Tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**1018**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.6 | **Shahbaz Law Group** | | Describe debtor's property that is subject to a lien | **$104,270.15** | **$43,600,000.00** |
|---|---|---|---|---|---|

**Shahbaz Law Group**
Creditor's Name

Describe debtor's property that is subject to a lien
**APN 4387 021 018 and APN 4387 021 019**

**15760 Ventura Blvd., Ste. 850**
**Encino, CA 91436**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$25,846,227.32** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Coldwater Development LLC**__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  __**2:21-bk-10335-BB**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | | |
| | **State of California Department of Industrial Relations**<br>**6150 Van Nuys Blvd # 105**<br>**Van Nuys, CA 91401** | **Unknown** | **Unknown** |

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Taxes** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Bel Air Project LLC**<br>**9454 Wilshire Blvd. #320**<br>**Beverly Hills, CA 90212** | **$429,147.00** |

| | | |
|---|---|---|
| Date(s) debt was incurred __**2013**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Last 4 digits of account number __ | Basis for the claim:  __**Loan**__ | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Construction Enterprise & Services**<br>**11301 W. Olympic Blvd. #537**<br>**Los Angeles, CA 90064** | **$1,458,698.00** |
| Date(s) debt was incurred __**2010-2015**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Last 4 digits of account number __ | Basis for the claim:  __**Loan**__ | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    41917                    Best Case Bankruptcy

| Debtor | **Coldwater Development LLC** | Case number (if known) | **2:21-bk-10335-BB** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,250.00 |
|---|---|---|---|
| | **Land Phases Inc.**<br>**5158 Cochran St.**<br>**Simi Valley, CA 93063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Services Rendered** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,851.00 |
|---|---|---|---|
| | **Larry A. Rothstein**<br>**2945 Townsgate Rd., Suite 200**<br>**Westlake Village, CA 91361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Services Rendered** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.67 |
|---|---|---|---|
| | **Law Offices of Adulaziz, Grossbart**<br>**and Rudman**<br>**6454 Coldwater Canyon Ave.**<br>**North Hollywood, CA 91606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Services Rendered** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,874.71 |
|---|---|---|---|
| | **LC Engineering Group, Inc.**<br>**889 Pierce Court, Suite 101**<br>**Thousand Oaks, CA 91360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Services Rendered** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.20 |
|---|---|---|---|
| | **Los Angeles Department of Water**<br>**and Power**<br>**P.O. Box 51111**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Utility** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,596.14 |
|---|---|---|---|
| | **Permits Unlimited**<br>**4340 Caleta Rd.**<br>**Agoura Hills, CA 91301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Services Rendered** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **Tree Lane LLC**<br>**11301 W. Olympic Blvd. #537**<br>**Los Angeles, CA 90064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Loan** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Coldwater Development LLC** | Case number (if known) | **2:21-bk-10335-BB** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,525.00** |
|---|---|---|---|

**Treetop Development LLC**
**11301 W. Olympic Blvd. #537**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **2,219,836.72** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,219,836.72** |

**Fill in this information to identify the case:**

Debtor name        **Coldwater Development LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-10335-BB**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Coldwater Development LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:21-bk-10335-BB**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lydda Lud, LLC** | **11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | **Give Back LLC** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Lydda Lud, LLC** | **11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | **Treetop Development LLC** | ☐ D _____ ■ E/F __**3.10**__ ☐ G _____ |
| 2.3 | **Lydda Lud, LLC** | **11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | **Tree Lane LLC** | ☐ D _____ ■ E/F __**3.9**__ ☐ G _____ |
| 2.4 | **Lydda Lud, LLC** | **11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | **Construction Enterprise & Services** | ☐ D _____ ■ E/F __**3.2**__ ☐ G _____ |
| 2.5 | **Lydda Lud, LLC** | **11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | **Bel Air Project LLC** | ☐ D _____ ■ E/F __**3.1**__ ☐ G _____ |

| Debtor | **Coldwater Development LLC** | | Case number *(if known)* | **2:21-bk-10335-BB** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Lydda Lud, LLC** | **11301 W. Olympic Blvd. #537**<br>**Los Angeles, CA 90064** | **Shahbaz Law Group** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Mohamed Hadid** | **11301 W. Olympic Blvd. #537**<br>**Los Angeles, CA 90064**<br>**Personal Guarantor** | **Give Back LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Coldwater Development LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-10335-BB**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- | --- |
   | 3.1. | **Los Angeles Department of Water and Power**<br>**P.O. Box 51111**<br>**Los Angeles, CA 90051** | **November 4, 2020** | **$49.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
   | 3.2. | **Fence Factory**<br>**P.O. Box 7420**<br>**Ventura, CA 93006** | **November 12, 2020** | **$10.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Coldwater Development LLC** | | Case number *(if known)* | **2:21-bk-10335-BB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3. **Solargy, Inc** **22028 Ventura Boulevard., Suite 207** **Woodland Hills, CA 91364** | **December 11, 2020** | **$11,505.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Los Angeles Department of Water and Power** **P.O. Box 51111** **Los Angeles, CA 90051** | **December 22, 2020** | **$445.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **AM Family Fund LLC** **11301 W. Olympic Blvd. Ste. 537** **Los Angeles, CA 90064** **Affiliate** | **January 13, 2020** | **$15,000.00** | **See Global Notes.** |
| 4.2. **River Oaks Design LLC** **9454 Wilshire Blvd., Ste. 320** **Beverly Hills, CA 90212** **Affiliate** | **July 24, 2020** | **$19,000.00** | **See Global Notes.** |
| 4.3. **Romspen Investment Corporation** **3333 S Wadsworth Blvd** **Denver, CO 80227** **Lender** | **January 22, 2020** | **$98,079.90** | **Loan payments to the original lender, who was later succeeded by Give Back LLC.** |
| 4.4. **Romspen Investment Corporation** **3333 S Wadsworth Blvd** **Denver, CO 80227** **Lender** | **February 14, 2020** | **$98,079.90** | **Loan payments to the original lender, who was later succeeded by Give Back LLC.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Coldwater Development LLC** | Case number *(if known)* **2:21-bk-10335-BB** |
|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ral Design and Management, a California corporation v. Mohamed Hadid, et al.<br>19SMCV01033** | Civil | **Superior Court, Los Angeles County<br>1725 Main St.<br>Santa Monica, CA 90401** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.    All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12.    Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | **Coldwater Development LLC** | Case number *(if known)* | **2:21-bk-10335-BB** |
|---|---|---|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **9650 Royalton Dr.** **Beverly Hills, CA 90210** | **N/A** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Coldwater Development LLC** | | Case number *(if known)* | **2:21-bk-10335-BB** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Coldwater Development LLC**    Case number *(if known)*    **2:21-bk-10335-BB**

---

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Brandon Schindelheim**<br>**7120 Hayvenhurst Ave. #409**<br>**Van Nuys, CA 91406** | **2015-Present** |
| 26a.2.    **Josefa Bardales**<br>**Treetop Development LLC**<br>**11301 W. Olympic Blvd. #537**<br>**Los Angeles, CA 90064** | **20+ Years (ongoing service)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Josefa Bardales**<br>**Treetop Development LLC**<br>**11301 W. Olympic Blvd. #537**<br>**Los Angeles, CA 90064** | **20+ years (ongoing service)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Brandon Schindelheim**<br>**7120 Hayvenhurst Ave. #409**<br>**Van Nuys, CA 91406** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Coldwater Development LLC** | Case number *(if known)* **2:21-bk-10335-BB** |
|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mohamed Hadid** | **11301 W. Olympic Blvd. #537 Los Angeles, CA 90064** | **Member** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **Coldwater Development LLC**                                    Case number *(if known)*  **2:21-bk-10335-BB**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        1 | 2 9 | 2 1

_____                    **Mohamed Hadid**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **Member**
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Aram Ordubegian**<br>**555 West Fifth Street, 48th Floor**<br>**Los Angeles, CA 90013-1065**<br>**213.629.7400 Fax: 213.629.7401**<br>California State Bar Number: **185142 CA**<br>**Aram.Ordubegian@arentfox.com** | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Coldwater Development LLC** | CASE NO.: **2:21-bk-10335-BB**<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **3** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   1/29/21

_____
Signature of Debtor 1

Date:   _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:   _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

.

Coldwater Development LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Aram Ordubegian
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065


Bel Air Project LLC
9454 Wilshire Blvd. #320
Beverly Hills, CA 90212


Construction Enterprise & Services
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Give Back LLC
P.O. Box 11480
Beverly Hills, CA 90213


Land Phases Inc.
5158 Cochran St.
Simi Valley, CA 93063


Larry A. Rothstein
2945 Townsgate Rd., Suite 200
Westlake Village, CA 91361


Law Offices of Adulaziz, Grossbart
and Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606

LC Engineering Group, Inc.
889 Pierce Court, Suite 101
Thousand Oaks, CA 91360


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054


Los Angeles Department of Water
and Power
P.O. Box 51111
Los Angeles, CA 90051


Lydda Lud, LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Mohamed Hadid
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Permits Unlimited
4340 Caleta Rd.
Agoura Hills, CA 91301


Shahbaz Law Group
15760 Ventura Blvd., Ste. 850
Encino, CA 91436


State of California Department of
Industrial Relations
6150 Van Nuys Blvd # 105
Van Nuys, CA 91401

Tree Lane LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064


Treetop Development LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064