| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aram Ordubegian (SBN 185142)<br>M. Douglas Flahaut (SBN 245558)<br>Annie Y. Stoops (SBN 286325)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:    213.629.7400<br>Facsimile:    213.629.7401<br>Email:    aram.ordubegian@arentfox.com<br>    douglas.flahaut@arentfox.com<br>    annie.stoops@arentfox.com<br><br>☐ *Individual appearing without attorney*<br>☒ *General Bankruptcy and Restructuring Counsel for Debtors and Debtors-in-Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**COLDWATER DEVELOPMENT LLC**, a California limited liability company,<br><br>                Debtor and Debtor-in-Possession.<br>--------------------------------------------------------------------<br>In re:<br><br>**LYDDA LUD, LLC**, a California limited liability company,<br><br>                Debtor and Debtor-in-Possession.<br>--------------------------------------------------------------------<br>[x] Affects both Debtors.<br>[ ] Affects Coldwater Development LLC only.<br>[ ] Affects Lydda Lud, LLC only<br><br>                Debtors and Debtors-in-Possession. | LEAD CASE NO.:  2:21-bk-10335-BB<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH<br>CASE NO.:  2:21-bk-10336-BB<br><br><br><br>***AMENDED* NOTICE OF SALE OF ESTATE PROPERTY** |

| **Sale Hearing Date:** July 14, 2021 | **Time:** 11:00 a.m. PPT |
|---|---|

**Location:** Courtroom 1539, U.S. Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012

**Type of Sale**:    ☒ Public    ☐ Private        **Last date to file objections**: June 30, 2021

**Description of property to be sold**:   Coldwater Development LLC's two residential lots identified as Assessor's Parcel Numbers: 4387-021-018 and 4387-021-019 (the "Coldwater Lots")

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Terms and conditions of sale**: Free and clear of liens, claims, interests, and encumbrances, pursuant to Bankruptcy Code § 363(f), subject to higher and better offers.

**Proposed sale price**: $33,500,000.00

**Overbid procedure (*if any*)**: See the amended proposed bidding procedures attached to the Amended Sale Motion as Exhibit 1.  The only material change in the amended bidding procedures is the deadline to submit overbids has been extended from July 7, 2021 to July 12, 2021 at 5:00 p.m. PPT.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

The Coldwater Lots are to be sold free and clear of liens or other interests.  Qualified bidders may bid at the auction* on:

| | |
|---|---|
| Date: | July 14, 2021 |
| Time: | 11:00 a.m. Pacific Prevailing Time |
| Location: | U.S. Bankruptcy Court, Courtroom 1539 |
| | 255 East Temple Street, Los Angeles, CA 90012 |

*A hearing to approve the proposed sale of the Coldwater Lots shall follow the auction to approve the sale to the successful bidder on July 14, 2021 at 11:00 a.m. PPT at the United States Bankruptcy Court, Central District of California, Los Angeles Division at Courtroom 1539, 255 East Temple Street, Los Angeles, CA 90012.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*)**:

Aram Ordubegian
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 9001
Telephone: (213) 629-7400
Fax: (213) 629-7401
Email: aram.ordubegian@arentfox.com

Date: June 23, 2021

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　Page 2　　　　**F 6004-2.NOTICE.SALE**
AFDOCS/24318011.1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/23/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On (*date*) **06/23/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**

Honorable Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/23/2021 | YVONNE LI | /s/ Yvonne Li |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE

AFDOCS/24318626.1

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

M Douglas Flahaut on behalf of Debtor Coldwater Development LLC
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor Lydda Lud, LLC
flahaut.douglas@arentfox.com

Eric J Fromme on behalf of Interested Party Courtesy NEF
efromme@tocounsel.com, stena@tocounsel.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Christopher J Harney on behalf of Interested Party Courtesy NEF
charney@tocounsel.com, stena@tocounsel.com

Daniel A Lev on behalf of Creditor Give Back LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Aram Ordubegian on behalf of Debtor Coldwater Development LLC
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor Lydda Lud, LLC
ordubegian.aram@arentfox.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Annie Y Stoops on behalf of Debtor Coldwater Development LLC
annie.stoops@arentfox.com, yvonne.li@arentfox.com

Annie Y Stoops on behalf of Debtor Lydda Lud, LLC
annie.stoops@arentfox.com, yvonne.li@arentfox.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Dylan J Yamamoto on behalf of Debtor Coldwater Development LLC
dylan.yamamoto@arentfox.com

**2. <u>SERVED BY UNITED STATES MAIL</u>:**

<u>**SECURED CREDITORS**</u>

Give Back LLC
P.O. Box 11480
Beverly Hills, CA 90213

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

AFDOCS/24318626.1

Shahbaz Law Group
15760 Ventura Blvd., Ste. 850
Encino, CA 91436

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 900

**CREDITORS MATRIX**

Bel Air Project LLC
9454 Wilshire Blvd. #320
Beverly Hills, CA 90212

Construction Enterprise & Services
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

First Credit Bank
9255 Sunset Blvd.
West Hollywood, CA 90069

Land Phases Inc.
5158 Cochran St.
Simi Valley, CA 93063

Larry A. Rothstein
2945 Townsgate Rd., Suite 200
Westlake Village, CA 91361

Law Offices of Adulaziz, Grossbart
and Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606

LC Engineering Group, Inc.
889 Pierce Court, Suite 101
Thousand Oaks, CA 91360

Lincoln Resorts an AZ Joint Venture
c/o Freeman Freeman & Smiley LLP
1888 Century Park East St. 1500
Los Angeles, CA 90067

Los Angeles Department of Water
and Power
P.O. Box 51111
Los Angeles, CA 90051

Permits Unlimited
4340 Caleta Rd.
Agoura Hills, CA 91301

RAL Design and Management Inc.
Russell Linch
25031 W. Avenue Stanford Unit 100
Valencia, CA 91355

State of California Department of
Industrial Relations
6150 Van Nuys Blvd # 105
Van Nuys, CA 91401

Tree Lane LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

Treetop Development LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

**Proposed Buyer**

Pacific Green Vista, LLC
817 East Palmer Avenue
Glendale, CA, 91205, USA

Pacific Green Vista, LLC
c/o Cogency Global Inc.
321 W. Winnie Lane #104
Carson City, NV, 89703

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

AFDOCS/24318626.1