Tiffeny Cook
Tranzon Asset Strategies
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 727-9011

**FILED**
FEB 02 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>Debtor.<br><br>In re<br><br>LYDDA LUD, LLC, a California limited liability company<br>Debtor. | CASE NO:    2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>AUCTIONEER'S BLANKET BOND |

Auctioneer's Blanket Bond effective June 25, 2014. Subsequently renewed annually, most recent renewal May 20, 2021 as evidenced by paid check number 11891 to International Sureties.

IN THE USBC                                          Bond No. 0659326
REGION 16 CENTRAL & SOUTHERN CALIF

KNOW ALL MEN BY THESE PRESENTS:  That we, TRANZON ASSET STRATEGIES of the state of TRAL & SOUTHERN CALIF as Principal, and the INTERNATIONAL FIDELITY INSURANCE COMPANY, as surety, are held and firmly bound unto the United States of America as obligee in the penal sum of Twenty Five Thousand and No/100 ($25,000.00) Dollars lawful money of the United States to be made, we bind ourselves, our heirs, executors, administrators, successors or assigns, jointly and severally, by these presents.

   THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas, the Principal will from time to time conduct auctions on behalf of the United States Bankruptcy Court, REGION 16 CENTRAL & SOUTHERN CALIF and as a condition to perform such auctions the United States Bankruptcy Court, REGION 16 CENTRAL & SOUTHERN CALIF requires that a surety bond be posted to secure the faithful performance of such auctions.

   NOW THEREFORE, if the said Principal shall faithfully perform the duties of an auctioneer and account for all monies received and in all things comply with the requirements of the United States Bankruptcy Court, REGION 16 CENTRAL & SOUTHERN CALIF, appertaining thereto, then this obligation to be void, otherwise to remain in full force and effect.

   PROVIDED, that this bond shall be deemed continuous in form and, that regardless of the number of years this bond shall continue or be continued in force and of the number of premiums that shall be payable or paid, the surety shall not be liable hereunder for a larger amount, in the aggregate, than the amount of this bond.

   This bond may be terminated at any time by the surety upon sending notice in writing, by certified mail, to the obligee with whom this bond is titled and at the expiration of thirty (30) days from the mailing of be relieved from any liability for any acts or omissions of the principal subsequent to said date.

   Signed, sealed, and effective this 25TH day of JUNE, 2014.

                                        TRANZON ASSET STRATEGIES

                                  BY: _____
                                           PRINCIPAL

                          INTERNATIONAL FIDELITY INSURANCE COMPANY

                          By _____
                             CATHERINE C. KEHOE, Attorney-in-fact

Tel (973) 624-7200

# POWER OF ATTORNEY

## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

**KNOW ALL MEN BY THESE PRESENTS:** That **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and **ALLEGHENY CASUALTY COMPANY** a corporation organized and existing under the laws of the State of Pennsylvania, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

EMILY G. LAPEYRE, LINDA C. SHEFFIELD, CONWAY C. MARSHALL, STEPHEN BEAHM,
R. TUCKER FITZ-HUGH, CLARK P. FITZ-HUGH, DARLENE A. BORNT, CATHERINE C. KEHOE,
KRISTINE DONOVAN, ELIZABETH K. WRIGHT

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, Executive Vice President or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 12th day of March, 2012.



STATE OF NEW JERSEY
County of Essex



ROBERT W. MINSTER
Executive Vice President/Chief Operating Officer
(International Fidelity Insurance Company)
and President (Allegheny Casualty Company)

On this 12th day of March 2012, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.



A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 21, 2015

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this  25  day of  JUNE, 2014

MARIA BRANCO, Assistant Secretary

INTERNATIONAL SURETIES, LTD.
701 POYDRAS STREET
SUITE 420
NEW ORLEANS, LA  70139
504-581-6404
504-581-1876 - FAX

Wednesday, May 12, 2021
PREMIUM RENEWAL LETTER

TIFFANY COOK                                      PHONE - (949) 727-9011
TRANZON ASSET STRATEGIES                          FAX   - (949) 727-9022
9891 IRVINE CENTER DR., SUITE 200                 eMAIL -
IRVINE, CA 92618

ANNUAL AUCTIONEER BANKRUPTCY BOND -
TRANZON ASSET STRATEGIES; REGION 16,
CENTRAL & SOUTHERN CALIFORNIA


Bond # 0659326

Amount $    25,000                              PREMIUM  $    125.00
                                    AGENCY PROCESSING FEE  $     50.00
                                              TOTAL DUE  $    175.00


THIS IS TO ADVISE YOU THAT THE ABOVE MENTIONED BOND WILL BE EXPIRING.
IN ORDER FOR YOUR BOND TO BE CONTINUED THE SURETY COMPANY REQUIRES US TO HAVE
THE FOLLOWING:

   1)   CHECK PAYABLE TO INTERNATIONAL SURETIES, LTD. IN THE AMOUNT OF
        $  175.00


   *   IF THE BOND IS NO LONGER REQUIRED, PLEASE ADVISE.


PAYMENT IS DUE 45 DAYS IN ADVANCE OF RENEWAL.
THEREFORE, IF PAYMENT IS NOT RECEIVED BY 05/11/21, NOTICE OF CANCELATION
WILL AUTOMATICALLY BE SENT TO THE OBILGEE.

NO OTHER INVOICE OR RENEWAL NOTICES WILL BE MAILED.

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 11891 |
| **Date Posted** | 05/24/21 |
| **Check Amount** | $175.00 |

```
TRANZON ASSET STRATEGIES              WELLS FARGO BANK, NA         11891
9891 Irvine Center Drive, Suite 200         11-24/1210
Irvine, CA 92618
(949) 727-8011

PAY TO THE
ORDER OF   International Sureties              $ **175.00

One Hundred Seventy-Five and 00/100****************************************  DOLLARS

International Sureties
701 Poydras St., Suite 420
New Orleans, LA 70139

MEMO
```

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images. You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender