DAVID SEROR - Bar No. 67488
JESSICA L. BAGDANOV - Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:      dseror@bg.law
            jbagdanov@bg.law

Attorneys for Sam Leslie,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-10335-BB |
| COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB |
| In re | **NOTICE OF HEARING ON:** |
| LYDDA LUD, LLC, a California limited liability company,<br><br>Debtor. | **CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS** |
| ☒ Affects both Debtors. | <u>Hearing Set:</u> |
| ☐ Affects Coldwater Development LLC only. | Date: February 9, 2022<br>Time: 10:00 a.m. |
| ☐ Affects Lydda Lud, LLC only. | Place: Courtroom 1539<br>255 East Temple Street |
| Debtors. | Los Angeles, CA 90012 |

2766033

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND THEIR COUNSEL, CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that an *Order Granting Application and Setting Hearing on Shortened Notice* ("OST," Docket No. 229) was entered by the Court on February 3, 2022. (See OST attached). The OST sets a hearing date on the *Chapter 11 Trustee's Motion for Order: Approving Retention of ThreeSixty Asset Advisors, LLC and WFS Inc. dba Tranzon Asset Strategies as Auctioneers Pursuant to 11 U.S.C. § 327 and Approving Auctioneer's Proposed Costs* (the "Motion," Docket No. 226) filed by Sam S. Leslie, the duly appointed and acting chapter 11 trustee ("Trustee") for these estates.

**PLEASE TAKE NOTICE** that the hearing on the Motion is set for **February 9, 2022 at 10:00 a.m.**, in Courtroom 1539, 255 East Temple Street, Courtroom 1539, Los Angeles, CA 90012 before the Hon. Sheri Bluebond.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views, then you must file an opposition with the court, and serve a copy on the Trustee's counsel via email, fax or overnight mail so that it is **received no later than February 7, 2022 at 5:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that replies, if any, to a filed opposition to the Motion may be made orally at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a true and complete copy of the OST is attached to this Notice, and is being served along with copies of the Motion and its supporting documents.

DATED:  February 2, 2022                    BG LAW LLP

                                            By: /s/ Jessica L. Bagdanov
                                            _____
                                                David Seror
                                                Jessica L. Bagdanov
                                                Attorneys for Sam Leslie, Chapter 11 Trustee

2766033

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID SEROR – Bar No. 67488<br>JESSICA L. BAGDANOV – Bar No. 281020<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dseror@bg.law<br>      jbagdanov@bg.law | **FILED & ENTERED**<br><br>**FEB 03 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |
| Attorneys for Sam Leslie, Chapter 11 Trustee<br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:21-bk-10335-BB<br>CHAPTER:  11 |
|---|---|
| | **ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Sam Leslie, Chapter 11 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: **CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS**

    b. *Date of filing of motion*: <u>2/2/22</u>

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: <u>2/2/22</u>

3. Based upon the court's review of the application, it is ordered that:

    a. ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒  The Application is **GRANTED**, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ⊠  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: 2/9/2022** | **Place:** |
| **Time:** 10:00 a.m. | ⊠ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1539 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ⊠  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
| Date: 2/3/2022 | |
| | _Debtor's counsel_ |
| Time: 5:00 p.m. | |
| | ☐  See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ⊠  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ⊠ one of the methods checked    ☐ all of the methods checked

(A)  ☐  Personal Delivery   ⊠  Overnight Mail   ☐  First class mail   ☐  Facsimile*   ⊠  Email*

| | |
|---|---|
| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
| Date: 2/3/2022 | |
| Time: 5:00 p.m. | _All necessary parties_ |
| | ☐  See attached page |
| | (D) _Service is also required upon_: |
| | -- United States trustee _(electronic service is not permitted)_ |
| | -- Judge's copy personally delivered to chambers _(see Court Manual for address)_ |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 2                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery    ☒ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: 2/3/2022 | |
| Time: | *All necessary parties* |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery    ☒ Overnight Mail    ☐ First Class Mail    ☒ Facsimile*    ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| To be received by | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Date: February 7, 2022 | |
| Time: 5:00 p.m. | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon:* |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☒ at least 2 days before the hearing. |
|---|
| ☐ no later than:    Date:                    Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 3, 2022

Sheri Bluebond
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                              Page 4                              **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled:  **NOTICE OF HEARING ON: CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**\*\*JUDGE'S COPY UNDER 25 PAGES IS SUSPENDED (GENERAL ORDER 21-05).**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **February 3, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eryk R Escobar     eryk.r.escobar@usdoj.gov
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Eric J Fromme    efromme@tocounsel.com, stena@tocounsel.com
- Asa S Hami    ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;
  cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- Christopher J Harney    charney@tocounsel.com, stena@tocounsel.com
- Sam S Leslie (TR)    sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- William N Lobel    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- David Seror    dseror@bg.law, ecf@bg.law
- Annie Y Stoops    annie.stoops@arentfox.com, yvonne.li@arentfox.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Dylan J Yamamoto    dylan.yamamoto@arentfox.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
255 East Temple Street, Suite 1534
Los Angeles, CA  90012-3332

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 3, 2022 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**