United States Bankruptcy Court

Central District of California

In re:  Case No. 21-10335-BB
Coldwater Development LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 03, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

**Recip ID**    **Recipient Name and Address**
db      + Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

**Name**    **Email Address**

Annie Y Stoops
    on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com

Annie Y Stoops
    on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com

Aram Ordubegian
    on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com

Aram Ordubegian
    on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com

Asa S Hami
    on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com
    pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Christopher J Harney

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 03, 2022 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party Courtesy NEF charney@tocounsel.com stena@tocounsel.com

Daniel A Lev

on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev

on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

David Seror

on behalf of Trustee Sam S Leslie (TR) dseror@bg.law ecf@bg.law

Dylan J Yamamoto

on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com

Eric J Fromme

on behalf of Interested Party Courtesy NEF efromme@tocounsel.com stena@tocounsel.com

Eryk R Escobar

on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Jessica L Bagdanov

on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law ecf@bg.law

M Douglas Flahaut

on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com

M Douglas Flahaut

on behalf of Debtor Lydda Lud  LLC flahaut.douglas@arentfox.com

Robert M Yaspan

on behalf of Interested Party Closing Agents Escrow  Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com morani@ronaldrichards.com

Ronald N Richards

on behalf of Creditor Give Back LLC ron@ronaldrichards.com morani@ronaldrichards.com

Sam S Leslie (TR)

sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com

Theodore A Cohen

on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com amontoya@sheppardmullin.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

William N Lobel

on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com

TOTAL: 22

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID SEROR – Bar No. 67488<br>JESSICA L. BAGDANOV – Bar No. 281020<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dseror@bg.law<br>　　　　jbagdanov@bg.law<br><br><br>Attorneys for Sam Leslie, Chapter 11 Trustee<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 03 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br><br><br><br><br><br>　　　　　　　　　　　　　　　　Debtor(s). | CASE NO.: 2:21-bk-10335-BB<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>　　　　**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Sam Leslie, Chapter 11 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: **CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS**

    b. *Date of filing of motion:* **2/2/22**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: **2/2/22**

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is **GRANTED**, and it is further ordered that:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* 　　　　　　　　　　　　　　Page 1 　　　　　　　　　　　　**F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 2/9/2022<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1539 | **Place:**<br>☒ **255 East Temple Street, Los Angeles, CA 90012**<br>☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br>☐ **3420 Twelfth Street, Riverside, CA 92501**<br>☐ **411 West Fourth Street, Santa Ana, CA 92701**<br>☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: 2/3/2022<br>Time: 5:00 p.m. | *Debtor's counsel*<br><br>☐ See attached page<br>(C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

(A)  ☐ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: 2/3/2022<br>Time: 5:00 p.m. | *All necessary parties*<br><br>☐ See attached page<br>(D) S*ervice is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

(B) *Deadlines:*
Date: 2/3/2022

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

*All necessary parties*

☐ See attached page

(D) *Service is also required upon:*
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

(B) *Deadlines:*
To be received by

Date: February 7, 2022

Time: 5:00 p.m.

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon:*
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                          Page 3                          **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>   Date:<br><br>   Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:


(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| |
|---|
| ☒ at least 2 days before the hearing.<br>☐ no later than:    Date:                Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 3, 2022

Sheri Bluebond
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 4                    **F 9075-1.1.ORDER.SHORT.NOTICE**