SAM S. LESLIE, CPA
1130 South Flower Street
Suite 312
Los Angeles, CA 90015
Telephone: 323/987-5780
Facsimile:  323/987-5763
Email: trustee@trusteeleslie.com

Chapter 11 Trustee

**FILED & ENTERED**

FEB 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>a California limited liability company,<br><br>Debtor and Debtor-in-Possession.<br><hr><br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>Debtor and Debtor-in-Possession.<br><hr><br>[X] Affects both Debtors.<br>[ ] Affects Coldwater<br>     Development, LLC only.<br>[ ] Affects Lydda Lud, LLC only.<br><br>Debtor and Debtor-in-Possession. | Case No. 2:21-bk-10335-BB<br>      [Chapter 11]<br><br>[Jointly Administered with<br> Case No. 2:21-bk-10336-BB]<br><br>ORDER AUTHORIZING TRUSTEE TO EMPLOY LEA ACCOUNTANCY, LLP AS ACCOUNTANT<br><br>[No Hearing Required] |

The Court, having considered the Chapter 11 Trustee's Application to Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of Sam

-1-

S. Leslie and Marianna Falco in Support Thereof (Docket No. 217), and it appearing that LEA does not hold or represent any interest adverse to the estates of Coldwater Development, LLC and Lydda Lud, LLC in the matters on which it is to be employed, that it is a disinterested person as defined in Section 101(14), that its employment is in the best interest of the estates and that no hearing is required,

**IT IS HEREBY ORDERED** that the Application is **GRANTED** and the Chapter 11 Trustee is authorized to employ LEA Accountancy, LLP on the terms set forth in the Application, with compensation to be approved after proper notice and hearing pursuant to 11 U.S.C. § 327(a) and subject to Court approval, pursuant to 11 U.S.C. § 330(a), effective **December 11, 2021**.

####

Date: February 8, 2022

Sheri Bluebond
United States Bankruptcy Judge

-2-