

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### <u>TRANSCRIPT ORDER FORM</u>

CHAPTER <u>11.00</u>

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: <u>Give Back LLC</u>     Attorney Bar# <u>176246</u>

Law Firm: <u>Law Offices of Ronald Richards & Associates, APC</u>

Mailing Address: <u>P.O. Box 11480</u>

<u>Beverly Hills, CA  90213</u>

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____

Telephone: (<u>310</u>) <u>556-1001</u>     E-mail: <u>ron@ronaldrichards.com</u>

Bankruptcy Case #: <u>2:21-bk-10335-BB</u>     Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): <u>2-9-22</u>     Time: <u>10:00am</u>

Debtor: <u>COLDWATER DEVELOPMENT LLC, a California limited liability company,</u>

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: <u>S. Bluebond</u>     Courtroom #: <u>LA 1539</u>     .

**TRANSCRIBER:** <u>Ben Hyatt</u>     **ALTERNATE:** <u>eScribers</u>

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days               ☐ Testimony of Witness _____
                       ☐ Other\* _____ (name of witness)

\*Special Instructions: <u>please process ASAP.</u>

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division:_____ Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote <u>prior</u> to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*