United States Bankruptcy Court

Central District of California

In re:                                                                                                          Case No. 21-10335-BB

Coldwater Development LLC                                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Annie Y Stoops | |
| | on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com |
| Annie Y Stoops | |
| | on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com |
| Aram Ordubegian | |
| | on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com |
| Aram Ordubegian | |
| | on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com |
| Asa S Hami | |
| | on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com |
| Christopher J Harney | |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Feb 08, 2022 Form ID: pdf042 Total Noticed: 1

on behalf of Interested Party Courtesy NEF charney@tocounsel.com   stena@tocounsel.com

Daniel A Lev

on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com   ccaldwell@sulmeyerlaw;dlev@ecf.inforuptcy.com

Daniel A Lev

on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com   ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

David Seror

on behalf of Trustee Sam S Leslie (TR) dseror@bg.law   ecf@bg.law

Dylan J Yamamoto

on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com

Eric J Fromme

on behalf of Interested Party Courtesy NEF efromme@tocounsel.com   stena@tocounsel.com

Eryk R Escobar

on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Jessica L Bagdanov

on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law   ecf@bg.law

M Douglas Flahaut

on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com

M Douglas Flahaut

on behalf of Debtor Lydda Lud  LLC flahaut.douglas@arentfox.com

Robert M Yaspan

on behalf of Interested Party Closing Agents Escrow  Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com   morani@ronaldrichards.com

Ronald N Richards

on behalf of Creditor Give Back LLC ron@ronaldrichards.com   morani@ronaldrichards.com

Sam S Leslie (TR)

sleslie@trusteeleslie.com   trustee@trusteeleslie.com;C195@ecfcbis.com

Theodore A Cohen

on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com   amontoya@sheppardmullin.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

William N Lobel

on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com   jokeefe@tocounsel.com;sschuster@tocounsel.com


TOTAL: 22

SAM S. LESLIE, CPA
1130 South Flower Street
Suite 312
Los Angeles, CA 90015
Telephone: 323/987-5780
Facsimile:  323/987-5763
Email: trustee@trusteeleslie.com

Chapter 11 Trustee

FILED & ENTERED

FEB 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:21-bk-10335-BB |
| | )         [Chapter 11] |
| COLDWATER DEVELOPMENT, LLC, | ) |
| a California limited liability company, | ) [Jointly Administered with |
| | )  Case No. 2:21-bk-10336-BB] |
| Debtor and Debtor-in-Possession. | ) |
| | ) ORDER AUTHORIZING TRUSTEE |
| | ) TO EMPLOY LEA ACCOUNTANCY, |
| _____ | ) LLP AS ACCOUNTANT |
| In re | ) [No Hearing Required] |
| | ) |
| LYDDA LUD, LLC, a California limited | ) |
| liability company, | ) |
| | ) |
| Debtor and Debtor-in-Possession. | ) |
| _____ | ) |
| [X] Affects both Debtors. | ) |
| [ ] Affects Coldwater | ) |
|     Development, LLC only. | ) |
| [ ] Affects Lydda Lud, LLC only. | ) |
| | ) |
| Debtor and Debtor-in-Possession. | ) |
| _____ | ) |

     The Court, having considered the Chapter 11 Trustee's Application to

Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of Sam

-1-

S. Leslie and Marianna Falco in Support Thereof (Docket No. 217), and it appearing that LEA does not hold or represent any interest adverse to the estates of Coldwater Development, LLC and Lydda Lud, LLC in the matters on which it is to be employed, that it is a disinterested person as defined in Section 101(14), that its employment is in the best interest of the estates and that no hearing is required,

**IT IS HEREBY ORDERED** that the Application is **GRANTED** and the Chapter 11 Trustee is authorized to employ LEA Accountancy, LLP on the terms set forth in the Application, with compensation to be approved after proper notice and hearing pursuant to 11 U.S.C. § 327(a) and subject to Court approval, pursuant to 11 U.S.C. § 330(a), effective **December 11, 2021**.

#### 

Date: February 8, 2022

Sheri Bluebond
United States Bankruptcy Judge

-2-