WILLIAM N. LOBEL, ESQ. (State Bar No. 93202)
wlobel@tocounsel.com
JEFFREY H. REEVES, ESQ. (State Bar No. 156648)
jreeves@tocounsel.com
CHRISTOPHER J. HARNEY, ESQ. (State Bar No. 322306)
charney@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200

Attorneys for Equity Holder, Mohamed Hadid

DAVID SEROR – (State Bar No. 67488)
dseror@bg.law
JESSICA L. BAGDANOV (State Bar No. 281020)
jbagdanov@bg.law
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hill, CA 91367
Telephone: (818) 827-9000

Attorneys for Sam Leslie, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT LLC,<br><br>　　　Debtors and Debtors-in-Possession.<br><br>In re<br><br>LYDDA LUD, LLC,<br><br>　　　Debtors and Debtors-in-Possession.<br><br>[X] Affects Both Debtors.<br>[ ] Affects Coldwater Development LLC Only.<br>[ ] Affects Lydda Lud, LLC Only<br><br>　　　Debtors and Debtors-in-Possession. | Lead Case No. 2:21-bk-10335-BB<br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 2:21-bk-10336-BB<br><br>**JOINT STIPULATION REGARDING PAYMENTS PURSUANT TO ADEQUATE PROTECTION ORDER** |

1248809.3/81894.05002                    1
*STIPULATION REGARDING PAYMENTS PURSUANT TO ADEQUATE PROTECTION ORDER*

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

Equity Holder Mohamed Hadid ("Hadid") and Trustee Sam S. Leslie ("Trustee"), in his capacity as trustee for the bankruptcy estates of Debtors Coldwater Development, LLC and Lydda Lud, LLC (Coldwater Development, LLC and Lydda Lud, LLC together, "Debtors"; Hadid and Trustee together, "Parties"), enter into the following stipulation based upon the following recitals.

## RECITALS

**WHEREAS**, Coldwater Development, LLC filed for voluntary bankruptcy on January 15, 2021.

**WHEREAS**, Lydda Lud, LLC filed for voluntary bankruptcy on January 15, 2021. [Docket No. 1]

**WHEREAS**, Trustee was appointed in both cases on December 6, 2021. [Docket No. 191]

**WHEREAS**, Hadid deposited $1,500,000.00 into the Trustees' account ("Escrow Deposit").

**WHEREAS**, the Court entered its Adequate Protection Order ("APO") on April 1, 2021 [Docket No. 69]

**WHEREAS**, the APO orders Debtors to pay Creditor Give Back, LLC the amount of $7,657.42 per month ("APO Payment").

**WHEREAS**, Hadid and Trustee have agreed that the Trustee will make the APO Payment for up to a maximum of the next three months following entry of this stipulation from the Escrow Deposit, at the discretion of the Trustee.

## STIPULATION

Based upon the above recitals, the Parties hereby stipulate, subject to the approval and consent of this Court, that:

1. Trustee shall pay the monthly APO Payment for up to the three months immediately following entry of this stipulation from the Escrow Deposit;

2. Hadid hereby agrees to waive his claim to the Escrow Deposit to the extent the Escrow Deposit is used to pay the APO Payments for some or all of the next three months

1  immediately following entry of this stipulation;

2  3. To the extent that funds are used from the Escrow Deposit to pay some of the APO

3  if it is ultimately determined that Hadid is entitled to a return of the Escrow Deposit, to the

4  extent that any of those funds were used to pay the APO's, Hadid will be entitled to a super-

5  priority administrative claim in both chapter 11 cases to the extent of these payments made

6  from the Escrow Deposit

7  4. Hadid reserves all other rights and claims to the Escrow Deposit.

9  DATED: March 3, 2022            THEODORA ORINGHER PC

11                                 By: /s/ William N. Lobel
12                                     William N. Lobel
                                       Jeffrey H. Reeves
13                                     Christopher J. Harney
14                                     Attorneys for Equity Holder, MOHAMED
                                       HADID

16  DATED: March 4, 2022            BG LAW

18                                 By: [signature]
19                                     Jessica Bagdanov
                                       Attorney for Trustee, SAM S. LESLIE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*):  **JOINT STIPULATION REGARDING PAYMENTS PURSUANT TO ADEQUATE PROTECTION ORDER.**

will be served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On_____  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) March 4, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via FedEx Overnight**
The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Royal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/04/2022 | Jennifer O'Keefe | /s/ *Jennifer O'Keefe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1248930.1/81894.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Jessica L Bagdanov**  jbagdanov@bg.law, ecf@bg.law
- **Theodore A Cohen**  tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Eryk R Escobar**  eryk.r.escobar@usdoj.gov
- **M Douglas Flahaut**  flahaut.douglas@arentfox.com
- **Eric J Fromme**  efromme@tocounsel.com, stena@tocounsel.com
- **Asa S Hami**  ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- **Christopher J Harney**  charney@tocounsel.com, stena@tocounsel.com
- **Sam S Leslie (TR)**  sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
- **Daniel A Lev**  dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **William N Lobel**  wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Aram Ordubegian**  ordubegian.aram@arentfox.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **David Seror**  dseror@bg.law, ecf@bg.law
- **Annie Y Stoops**  annie.stoops@arentfox.com, yvonne.li@arentfox.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto**  dylan.yamamoto@arentfox.com
- **Robert M Yaspan**  court@yaspanlaw.com, tmenachian@yaspanlaw.com

1248930.1/81894.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF.SERVICE**