| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID SEROR – Bar No. 67488<br>JESSICA L. BAGDANOV – Bar No. 281020<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dseror@bg.law<br>jbagdanov@bg.law<br><br>☐ *Individual appearing without an attorney*<br>☒ *Attorneys for* Sam Leslie, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELS DIVISION**

| In re:<br><br>COLDWATER DEVELOPMENT LLC,<br>a California limited liability company,<br>Debtor.<br><br>In re:<br><br>LYDDA LUD, LLC, a California limited liability company,<br>Debtor.<br><br>☒ Affects both Debtors.<br>☐ Affects Coldwater Development LLC only.<br>☐ Affects Lydda Lud, LLC only.<br><br>Debtors. | LEAD CASE NO.: 2:21-bk-10335-BB<br><br>CHAPTER: 11<br><br>Jointly Administered with Case No. 2:21-bk-10336-BB<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS |

PLEASE TAKE NOTE that the order titled: ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS was lodged on March 4, 2022, and is attached. This order relates to the motion which is docket number 226.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

```
DAVID SEROR - Bar No. 67488
JESSICA L. BAGDANOV - Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:      dseror@bg.law
            jbagdanov@bg.law
```

Attorneys for Sam Leslie,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>    Debtor.<br>_____<br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>    Debtor.<br>_____<br>☒  Affects both Debtors.<br>☐  Affects Coldwater Development LLC only.<br>☐  Affects Lydda Lud, LLC only.<br>    Debtors. | Case No. 2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS**<br><br><u>Hearing Held</u>:<br><br>Date: February 9, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

1

2768075

On February 9, 2022 at 10:00 a.m., a hearing was held before this Court on the *Chapter 11 Trustee's Motion for Order: Approving Retention of ThreeSixty Asset Advisors, LLC and WFS Inc. dba Tranzon Asset Strategies as Auctioneers Pursuant to 11 U.S.C. § 327 and Approving Auctioneer's Proposed Costs* (the "Motion," Docket No. 226), filed by Sam S. Leslie, the chapter 11 trustee (the "Trustee"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding. All appearances were made as noted on the record.

The Court, having reviewed and considered the Motion and supporting evidence; having considered the limited response to the Motion filed by Give Back, LLC (the "Response," Docket No. 234) and the Trustee's reply thereto at the hearing; having considered the arguments of counsel made during the hearing; having determined that the dispute between Give Back and Trustee's counsel regarding the correct calculation of a buyer's premium owed, and the following discussion on the record at the hearing, is moot as to this Motion, as it is being addressed in the Order on the Bid Procedures Motion separately filed by the Trustee; notice of the Motion set on shortened time having been sufficient and proper; and finding good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Trustee is authorized to employ ThreeSixty and Tranzon as Auctioneers pursuant to section 327 of the Bankruptcy Code and pursuant to the terms set forth in the Agreement (Exhibit 1 to the Motion).

IT IS SO ORDERED.

###

2

APPROVED AS TO FORM OF ORDER:

SulmeyerKupetz
A Professional Corporation

By:  /s/ Daniel A. Lev
     Daniel A. Lev

Law Offices of Ronald Richards & Associates, APC

By:  /s/ Ronald Richards
     Ronald Richards

Attorneys for Give Back, LLC

AUTHORIZED ELECTRONIC SIGNATURE

    The filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 4, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **M Douglas Flahaut**   flahaut.douglas@arentfox.com
- **Eric J Fromme**   efromme@tocounsel.com, stena@tocounsel.com
- **Asa S Hami**   ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com; cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- **Christopher J Harney**   charney@tocounsel.com, stena@tocounsel.com
- **Sam S Leslie (TR)**   sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **William N Lobel**   wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **David Seror**   dseror@bg.law; ecf@bg.law
- **Annie Y Stoops**   annie.stoops@arentfox.com, yvonne.li@arentfox.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto**   dylan.yamamoto@arentfox.com
- **Robert M Yaspan**   court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY UNDER 25 PAGES IS SUSPENDED (GENERAL ORDER 21-05).**

Honorable Sheri Bluebond
United States Bankruptcy Court
255 East Temple Street, Suite 1534
Los Angeles, CA  90012-3332

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2022 | Mela Galvan | /s/ Mela Galvan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**