| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID SEROR – Bar No. 67488<br>JESSICA L. BAGDANOV – Bar No. 281020<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dseror@bg.law<br>jbagdanov@bg.law<br><br>☐ *Individual appearing without an attorney*<br>☒ *Attorneys for* Sam Leslie, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELS DIVISION**

| In re:<br><br>COLDWATER DEVELOPMENT LLC,<br>a California limited liability company,<br><br>Debtor.<br><br>In re:<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>Debtor.<br><br>☒ Affects both Debtors.<br>☐ Affects Coldwater Development LLC only.<br>☐ Affects Lydda Lud, LLC only.<br><br>Debtors. | LEAD CASE NO.: 2:21-bk-10335-BB<br><br>CHAPTER: 11<br><br>Jointly Administered with Case No. 2:21-bk-10336-BB<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** <u>STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND LC ENGINEERING GROUP, INC. FOR TURNOVER OF ESTATE PROPERTY AND ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM</u> |

PLEASE TAKE NOTE that the order titled: <u>ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND LC ENGINEERING GROUP, INC. FOR TURNOVER OF ESTATE PROPERTY AND ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM</u> was lodged on <u>March 7, 2022</u> and is attached. This order relates to the motion which is docket number <u>258</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

DAVID SEROR – Bar No. 67488
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:   dseror@bg.law
         jbagdanov@bg.law
         jwellington@bg.law

Attorneys for Sam S. Leslie,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession.<br><br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession.<br><br>☒ Affects both Debtors.<br>☐ Affects Coldwater Development LLC only.<br>☐ Affects Lydda Lud, LLC only.<br><br>　　　　Debtors and<br>　　　　Debtors-in-Possession. | Case No. 2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND LC ENGINEERING GROUP, INC. FOR TURNOVER OF ESTATE PROPERTY AND ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM**<br><br>[No Hearing Required] |

1

2774421

The Court, having reviewed and considered the *Stipulation Between the Chapter 11 Trustee and LC Engineering Group, Inc. For Turnover of Estate Property and Allowance of an Administrative Expense Claim* [Doc. 258] (the "Stipulation"), entered into between Sam S. Leslie, the duly appointed Chapter 11 Trustee (the "Trustee"), on the one hand, and claimant LC Engineering Group, Inc. ("LC Engineering"), on the other hand, and finding good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. LC Engineering shall turnover the Work Product, as defined in the Stipulation, to the Trustee within one business day of entry of this Order. All rights and arguments of the parties regarding ownership and use of the work product and the remaining terms of the Consulting Agreement are reserved and not affected by this Order.

3. The Work Product shall be turned over to the Trustee in electronic format via Dropbox.

4. The Claim of LC Engineering shall be deemed to be an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b).

5. The Claim shall be paid in full upon the close of escrow of the Real Property conditioned upon the availability of funds.

IT IS SO ORDERED.

###

2774421

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 7, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
   - **Theodore A Cohen**    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
   - **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
   - **M Douglas Flahaut**    flahaut.douglas@arentfox.com
   - **Eric J Fromme**    efromme@tocounsel.com, stena@tocounsel.com
   - **Asa S Hami**    ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
   - **Christopher J Harney**    charney@tocounsel.com, stena@tocounsel.com
   - **Sam S Leslie (TR)**    sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
   - **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
   - **William N Lobel**    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
   - **Aram Ordubegian**    ordubegian.aram@arentfox.com
   - **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
   - **David Seror**    dseror@bg.law, ecf@bg.law
   - **Annie Y Stoops**    annie.stoops@arentfox.com, yvonne.li@arentfox.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
   - **Dylan J Yamamoto**    dylan.yamamoto@arentfox.com
   - **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **March 7, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY UNDER 25 PAGES IS SUSPENDED (GENERAL ORDER 21-05).**

Honorable Sheri Bluebond
United States Bankruptcy Court
255 East Temple Street, Suite 1534
Los Angeles, CA  90012-3332

<u>Attorneys for LC Engineering Group, Inc.</u>
Douglas M. Neistat
Jeremy Rothstein
G&B Law, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California  91436-2730

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 7, 2022 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**