THEODORA ORINGHER
William N. Lobel (SBN 93202)
Wlobel@tocounsel.com
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626
Telephone:     (714) 549-6200
Facsimile:     (714) 549-6201

FILED & ENTERED

MAR 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT LLC,<br><br>      Debtors and Debtors-in-Possession. | Lead Case No. 2:21-bk-10335-BB<br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING PAYMENTS PURSUANT TO ADEQUATE PROTECTION ORDER** |
| In re<br><br>LYDDA LUD, LLC,<br><br>      Debtors and Debtors-in-Possession. | |
| [X]   Affects Both Debtors.<br>[ ]   Affects Coldwater Development LLC Only.<br>[ ]   Affects Lydda Lud, LLC Only<br><br>      Debtors and Debtors-in-Possession. | |

- 1 -

Edit_Order Approving Stip re Payments to APO.docx 5948487

# **ORDER**

Having reviewed the parties' Joint Stipulation for Order Regarding Payments Pursuant to Adequate Protection Order [Docket No. 255] and good cause therefor appearing, the Court hereby **GRANTS the Joint Stipulation and ORDERS as follows:**

    1.    Trustee shall pay the monthly APO Payment for up to the three months immediately following entry of this stipulation from the Escrow Deposit;

    2.    Hadid hereby agrees to waive his claim to the Escrow Deposit to the extent the Escrow Deposit is used to pay the APO Payments for some or all of the next three months immediately following entry of this stipulation;

    3.    To the extent that funds are used from the Escrow Deposit to pay some of the APO if it is ultimately determined that Hadid is entitled to a return of the Escrow Deposit, to the extent that any of those funds were used to pay the APO's, Hadid will be entitled to a super-priority administrative claim in both chapter 11 cases to the extent of these payments made from the Escrow Deposit

    4.    Hadid reserves all other rights and claims to the Escrow Deposit.

**IT IS SO ORDERED**

# # #

Date: March 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

Edit_Order Approving Stip re Payments to APO.docx 5948487