DAVID SEROR - Bar No. 67488
JESSICA L. BAGDANOV - Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:          dseror@bg.law
                    jbagdanov@bg.law

Attorneys for Sam Leslie,
Chapter 11 Trustee

FILED & ENTERED

MAR 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>Debtor.<br>_____<br><br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>Debtor.<br>_____<br><br>☒  Affects both Debtors.<br><br>☐  Affects Coldwater Development LLC only.<br><br>☐  Affects Lydda Lud, LLC only.<br><br>Debtors. | Case No. 2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS**<br><br><u>Hearing Held</u>:<br><br>Date: February 9, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

1

2768075

On February 9, 2022 at 10:00 a.m., a hearing was held before this Court on the *Chapter 11 Trustee's Motion for Order: Approving Retention of ThreeSixty Asset Advisors, LLC and WFS Inc. dba Tranzon Asset Strategies as Auctioneers Pursuant to 11 U.S.C. § 327 and Approving Auctioneer's Proposed Costs* (the "Motion," Docket No. 226), filed by Sam S. Leslie, the chapter 11 trustee (the "Trustee"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding. All appearances were made as noted on the record.

The Court, having reviewed and considered the Motion and supporting evidence; having considered the limited response to the Motion filed by Give Back, LLC (the "Response," Docket No. 234) and the Trustee's reply thereto at the hearing; having considered the arguments of counsel made during the hearing; having determined that the dispute between Give Back and Trustee's counsel regarding the correct calculation of a buyer's premium owed, and the following discussion on the record at the hearing, is moot as to this Motion, as it is being addressed in the Order on the Bid Procedures Motion separately filed by the Trustee; notice of the Motion set on shortened time having been sufficient and proper; and finding good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED**.

2. The Trustee is authorized to employ ThreeSixty and Tranzon as Auctioneers pursuant to section 327 of the Bankruptcy Code and pursuant to the terms set forth in the Agreement (Exhibit 1 to the Motion).

**IT IS SO ORDERED.**

###

Date: March 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

2

2768075

APPROVED AS TO FORM OF ORDER:

SulmeyerKupetz
A Professional Corporation


By:  /s/ Daniel A. Lev
     Daniel A. Lev


Law Offices of Ronald Richards & Associates, APC


By:  /s/ Ronald Richards
     Ronald Richards

Attorneys for Give Back, LLC


AUTHORIZED ELECTRONIC SIGNATURE

    The filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

2768075