1  DAVID SEROR - Bar No. 67488
   JESSICA L. BAGDANOV - Bar No. 281020
2  BG LAW LLP
   21650 Oxnard Street, Suite 500
3  Woodland Hills, CA 91367
   Telephone:  (818) 827-9000
4  Facsimile:   (818) 827-9099
   Email:        dseror@bg.law
5                jbagdanov@bg.law

6  Attorneys for Sam Leslie,
   Chapter 11 Trustee

7

8             **UNITED STATES BANKRUPTCY COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11  In re                              Case No. 2:21-bk-10335-BB

12  COLDWATER DEVELOPMENT, LLC,        Chapter 11
    A California limited liability company,
13                                     Jointly Administered with
                   Debtor.            Case No. 2:21-bk-10336-BB
14
    ─────────────────────────────     **ORDER GRANTING CHAPTER 11**
15  In re                              **TRUSTEE'S MOTION TO CONVERT**
                                       **CASES TO CHAPTER 7 CASES**
16  LYDDA LUD, LLC, a California limited liability
    company,
17                                     Hearing Held:
                   Debtor.
18                                     Date:  March 2, 2022
    ─────────────────────────────     Time: 10:00 a.m.
19                                     Place: Courtroom 1539
                                              Edward R. Roybal Federal Building
20  ☒  Affects both Debtors.                 255 E. Temple Street
                                             Los Angeles, CA 90012
21  ☐  Affects Coldwater Development LLC only.

22  ☐  Affects Lydda Lud, LLC only.

23                   Debtors.

24

25

26

27

28

FILED & ENTERED

MAR 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

1

2774019

On March 2, 2022 at 10:00 a.m., a hearing was held on the motion by Sam S. Leslie, the duly appointed and acting Chapter 11 Trustee (the "Chapter 11 Trustee") of the bankruptcy estates ("Estates") of Coldwater Development, LLC ("Coldwater Debtor") and Lydda Lud, LLC ("Lydda Debtor") (collectively, the "Debtors"), to convert the Debtors' cases to chapter 7 cases [Doc. 236] (the "Motion to Convert"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding. Appearances were made as noted in the record.

The Court, having reviewed and considered the Motion to Convert and the evidence in support thereof; no opposition to the Motion to Convert having been filed; the Court having issued its tentative ruling in favor of granting the Motion to Convert prior to the hearing; and having considered the statements and arguments of counsel during the hearing; notice having been proper and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion to Convert is granted as modified on the record.

**IT IS FURTHER ORDERED** that *In re Coldwater Development LLC* (2:21-bk-10335-BB) and *In re Lydda Lud, LLC* (2:21-bk-10336-BB) are converted to chapter 7 cases.

**IT IS FURTHER ORDERED** that the forthcoming chapter 7 trustee may continue to employ professionals employed by the Chapter 11 Trustee (including BG Law LLP, LEA Accountancy LLP, ThreeSixty Advisors and Tranzon) upon conversion without further order of Court.

**IT IS SO ORDERED**.

### ###

Date: March 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

2

2774019