DAVID SEROR – Bar No. 67488
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        dseror@bg.law
                  jbagdanov@bg.law
                  jwellington@bg.law

Attorneys for Sam S. Leslie,
Chapter 11 Trustee

**FILED & ENTERED**

**MAR 08 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-Possession.<br><br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-Possession.<br><br>☒ Affects both Debtors.<br>☐ Affects Coldwater Development LLC only.<br>☐ Affects Lydda Lud, LLC only.<br><br>　　　　　Debtors and<br>　　　　　Debtors-in-Possession. | Case No. 2:21-bk-10335-BB<br><br>Chapter 7<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND LC ENGINEERING GROUP, INC. FOR TURNOVER OF ESTATE PROPERTY AND ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM**<br><br>[No Hearing Required] |

1

2774421

The Court, having reviewed and considered the *Stipulation Between the Chapter 11 Trustee and LC Engineering Group, Inc. For Turnover of Estate Property and Allowance of an Administrative Expense Claim* [Doc. 258] (the "Stipulation"), entered into between Sam S. Leslie, the duly appointed Chapter 11 Trustee (the "Trustee"), on the one hand, and claimant LC Engineering Group, Inc. ("LC Engineering"), on the other hand, and finding good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

**1.** The Stipulation is **APPROVED.**

2. LC Engineering shall turn over the Work Product, as defined in the Stipulation, to the Trustee within one business day of entry of this Order. All rights and arguments of the parties regarding ownership and use of the work product and the remaining terms of the Consulting Agreement are reserved and not affected by this Order.

3. The Work Product shall be turned over to the Trustee in electronic format via Dropbox.

4. The Claim of LC Engineering shall be deemed to be an allowed chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b).

5. The Claim shall be paid in full upon the close of escrow of the Real Property conditioned upon the availability of funds.

**IT IS SO ORDERED.**

### 

Date: March 8, 2022

Sheri Bluebond
United States Bankruptcy Judge

2774421