PETER C. ANDERSON
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-3560
(213) 894-6811

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 )|
| COLDWATER DEVELOPMENT, LLC a California limited liability company, & | ) Case No.: 2:21-bk-10335-BB & ) Case No.: 2:21-bk-10336-BB ) **(Jointly Administered)** |
| LYDDA LUD, LLC, a California limited liability company, | ) NOTICE OF APPOINTMENT OF ) TRUSTEE AND FIXING OF BOND; ) ACCEPTANCE OF APPOINTMENT AS |
| Debtor(s) | ) INTERIM TRUSTEE |

Pursuant to 11 U.S.C. 701 and 11 U.S.C. 322

### SAM LESLIE, of LOS ANGELES, CA

is appointed Interim Trustee of the case of said debtor(s) and is hereby designated to preside at the meeting of creditors.  This case is covered by the chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: March 8, 2022

**PETER C. ANDERSON**

UNITED STATES TRUSTEE

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. 101(14), and on this basis, I hereby accept my appointment as Interim Trustee in the above case.  I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: March 8, 2022

Sam Leslie
Interim Trustee

1