United States Bankruptcy Court

Central District of California

In re:  Case No. 21-10335-BB
Coldwater Development LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Mar 07, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annie Y Stoops | on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com |
| Annie Y Stoops | on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com |
| Aram Ordubegian | on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com |
| Aram Ordubegian | on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com |
| Asa S Hami | on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com |
| Christopher J Harney | |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF charney@tocounsel.com stena@tocounsel.com |
| Daniel A Lev | |
| | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Daniel A Lev | |
| | on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| David Seror | |
| | on behalf of Trustee Sam S Leslie (TR) dseror@bg.law ecf@bg.law |
| Dylan J Yamamoto | |
| | on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com |
| Eric J Fromme | |
| | on behalf of Interested Party Courtesy NEF efromme@tocounsel.com stena@tocounsel.com |
| Eryk R Escobar | |
| | on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov |
| Jessica L Bagdanov | |
| | on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law ecf@bg.law |
| M Douglas Flahaut | |
| | on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com |
| M Douglas Flahaut | |
| | on behalf of Debtor Lydda Lud LLC flahaut.douglas@arentfox.com |
| Robert M Yaspan | |
| | on behalf of Interested Party Closing Agents Escrow Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ronald N Richards | |
| | on behalf of Creditor Give Back LLC ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Sam S Leslie (TR) | |
| | sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com |
| Theodore A Cohen | |
| | on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com amontoya@sheppardmullin.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| William N Lobel | |
| | on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |

TOTAL: 22

```
 1  THEODORA ORINGHER
    William N. Lobel (SBN 93202)
 2  Wlobel@tocounsel.com
    535 Anton Boulevard, Ninth Floor
 3  Costa Mesa, CA 92626
    Telephone:    (714) 549-6200
 4  Facsimile:    (714) 549-6201
```

**FILED & ENTERED**

**MAR 07 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT LLC,<br><br>    Debtors and Debtors-in-Possession. | Lead Case No. 2:21-bk-10335-BB<br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING PAYMENTS PURSUANT TO ADEQUATE PROTECTION ORDER** |
| In re<br><br>LYDDA LUD, LLC,<br><br>    Debtors and Debtors-in-Possession. | |
| [X]  Affects Both Debtors.<br>[ ]  Affects Coldwater Development LLC Only.<br>[ ]  Affects Lydda Lud, LLC Only<br><br>    Debtors and Debtors-in-Possession. | |

- 1 -

Edit_Order Approving Stip re Payments to APO.docx 5948487

**ORDER**

Having reviewed the parties' Joint Stipulation for Order Regarding Payments Pursuant to Adequate Protection Order [Docket No. 255] and good cause therefor appearing, the Court hereby **GRANTS the Joint Stipulation and ORDERS as follows:**

1. Trustee shall pay the monthly APO Payment for up to the three months immediately following entry of this stipulation from the Escrow Deposit;

2. Hadid hereby agrees to waive his claim to the Escrow Deposit to the extent the Escrow Deposit is used to pay the APO Payments for some or all of the next three months immediately following entry of this stipulation;

3. To the extent that funds are used from the Escrow Deposit to pay some of the APO if it is ultimately determined that Hadid is entitled to a return of the Escrow Deposit, to the extent that any of those funds were used to pay the APO's, Hadid will be entitled to a super-priority administrative claim in both chapter 11 cases to the extent of these payments made from the Escrow Deposit

4. Hadid reserves all other rights and claims to the Escrow Deposit.

**IT IS SO ORDERED**

# # #

Date: March 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

Edit_Order Approving Stip re Payments to APO.docx 5948487