United States Bankruptcy Court

Central District of California

In re:  
Coldwater Development LLC  
    Debtor

Case No. 21-10335-BB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 07, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

**Name**      **Email Address**

Annie Y Stoops  
    on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com

Annie Y Stoops  
    on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com

Aram Ordubegian  
    on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com

Aram Ordubegian  
    on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com

Asa S Hami  
    on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com  
    pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Christopher J Harney

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 07, 2022 | Form ID: pdf042 | Total Noticed: 1

| Name | Description |
|---|---|
| | on behalf of Interested Party Courtesy NEF charney@tocounsel.com stena@tocounsel.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Daniel A Lev | on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| David Seror | on behalf of Trustee Sam S Leslie (TR) dseror@bg.law ecf@bg.law |
| Dylan J Yamamoto | on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com |
| Eric J Fromme | on behalf of Interested Party Courtesy NEF efromme@tocounsel.com stena@tocounsel.com |
| Eryk R Escobar | on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov |
| Jessica L Bagdanov | on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law ecf@bg.law |
| M Douglas Flahaut | on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com |
| M Douglas Flahaut | on behalf of Debtor Lydda Lud LLC flahaut.douglas@arentfox.com |
| Robert M Yaspan | on behalf of Interested Party Closing Agents Escrow Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Creditor Give Back LLC ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com |
| Theodore A Cohen | on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com amontoya@sheppardmullin.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| William N Lobel | on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |

TOTAL: 22

DAVID SEROR - Bar No. 67488
JESSICA L. BAGDANOV - Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     dseror@bg.law
           jbagdanov@bg.law

Attorneys for Sam Leslie,
Chapter 11 Trustee

**FILED & ENTERED**

MAR 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>                Debtor.<br><br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>                Debtor.<br><br>☒  Affects both Debtors.<br><br>☐  Affects Coldwater Development LLC only.<br><br>☐  Affects Lydda Lud, LLC only.<br><br>                Debtors. | Case No. 2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: APPROVING RETENTION OF THREESIXTY ASSET ADVISORS, LLC AND WFS INC. DBA TRANZON ASSET STRATEGIES AS AUCTIONEERS PURSUANT TO 11 U.S.C. § 327 AND APPROVING AUCTIONEER'S PROPOSED COSTS**<br><br>Hearing Held:<br><br>Date: February 9, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

1

2768075

On February 9, 2022 at 10:00 a.m., a hearing was held before this Court on the *Chapter 11 Trustee's Motion for Order: Approving Retention of ThreeSixty Asset Advisors, LLC and WFS Inc. dba Tranzon Asset Strategies as Auctioneers Pursuant to 11 U.S.C. § 327 and Approving Auctioneer's Proposed Costs* (the "Motion," Docket No. 226), filed by Sam S. Leslie, the chapter 11 trustee (the "Trustee"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding. All appearances were made as noted on the record.

The Court, having reviewed and considered the Motion and supporting evidence; having considered the limited response to the Motion filed by Give Back, LLC (the "Response," Docket No. 234) and the Trustee's reply thereto at the hearing; having considered the arguments of counsel made during the hearing; having determined that the dispute between Give Back and Trustee's counsel regarding the correct calculation of a buyer's premium owed, and the following discussion on the record at the hearing, is moot as to this Motion, as it is being addressed in the Order on the Bid Procedures Motion separately filed by the Trustee; notice of the Motion set on shortened time having been sufficient and proper; and finding good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED**.

2. The Trustee is authorized to employ ThreeSixty and Tranzon as Auctioneers pursuant to section 327 of the Bankruptcy Code and pursuant to the terms set forth in the Agreement (Exhibit 1 to the Motion).

**IT IS SO ORDERED.**

###

Date: March 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

APPROVED AS TO FORM OF ORDER:

SulmeyerKupetz
A Professional Corporation

By: /s/ Daniel A. Lev
     Daniel A. Lev

Law Offices of Ronald Richards & Associates, APC

By: /s/ Ronald Richards
     Ronald Richards

Attorneys for Give Back, LLC

### AUTHORIZED ELECTRONIC SIGNATURE

The filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

2768075