United States Bankruptcy Court

Central District of California

In re:  Case No. 21-10335-BB

Coldwater Development LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

**Name**      **Email Address**

Annie Y Stoops
     on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com

Annie Y Stoops
     on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com

Aram Ordubegian
     on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com

Aram Ordubegian
     on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com

Asa S Hami
     on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com
     pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Christopher J Harney

on behalf of Interested Party Courtesy NEF charney@tocounsel.com stena@tocounsel.com

Daniel A Lev

on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev

on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

David Seror

on behalf of Trustee Sam S Leslie (TR) dseror@bg.law ecf@bg.law

Dylan J Yamamoto

on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com

Eric J Fromme

on behalf of Interested Party Courtesy NEF efromme@tocounsel.com stena@tocounsel.com

Eryk R Escobar

on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Jessica L Bagdanov

on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law ecf@bg.law

M Douglas Flahaut

on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com

M Douglas Flahaut

on behalf of Debtor Lydda Lud LLC flahaut.douglas@arentfox.com

Robert M Yaspan

on behalf of Interested Party Closing Agents Escrow Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ronald N Richards

on behalf of Creditor Give Back LLC ron@ronaldrichards.com 7206828420@filings.docketbird.com

Sam S Leslie (TR)

sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com

Theodore A Cohen

on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com amontoya@sheppardmullin.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

William N Lobel

on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com

TOTAL: 22

```
 1  DAVID SEROR - Bar No. 67488
    JESSICA L. BAGDANOV - Bar No. 281020
 2  BG LAW LLP
    21650 Oxnard Street, Suite 500
 3  Woodland Hills, CA 91367
    Telephone:  (818) 827-9000
 4  Facsimile:   (818) 827-9099
    Email:       dseror@bg.law
 5               jbagdanov@bg.law

 6  Attorneys for Sam Leslie,
    Chapter 11 Trustee
 7
```

**FILED & ENTERED**

**MAR 07 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** penning **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>A California limited liability company,<br><br>                Debtor.<br>_____<br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>                Debtor.<br>_____<br><br>☒ Affects both Debtors.<br><br>☐ Affects Coldwater Development LLC only.<br><br>☐ Affects Lydda Lud, LLC only.<br><br>                Debtors. | Case No. 2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO CONVERT CASES TO CHAPTER 7 CASES**<br><br><u>Hearing Held</u>:<br><br>Date: March 2, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>       Edward R. Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

1

2774019

On March 2, 2022 at 10:00 a.m., a hearing was held on the motion by Sam S. Leslie, the duly appointed and acting Chapter 11 Trustee (the "Chapter 11 Trustee") of the bankruptcy estates ("Estates") of Coldwater Development, LLC ("Coldwater Debtor") and Lydda Lud, LLC ("Lydda Debtor") (collectively, the "Debtors"), to convert the Debtors' cases to chapter 7 cases [Doc. 236] (the "Motion to Convert"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding. Appearances were made as noted in the record.

The Court, having reviewed and considered the Motion to Convert and the evidence in support thereof; no opposition to the Motion to Convert having been filed; the Court having issued its tentative ruling in favor of granting the Motion to Convert prior to the hearing; and having considered the statements and arguments of counsel during the hearing; notice having been proper and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion to Convert is granted as modified on the record.

**IT IS FURTHER ORDERED** that *In re Coldwater Development LLC* (2:21-bk-10335-BB) and *In re Lydda Lud, LLC* (2:21-bk-10336-BB) are converted to chapter 7 cases.

**IT IS FURTHER ORDERED** that the forthcoming chapter 7 trustee may continue to employ professionals employed by the Chapter 11 Trustee (including BG Law LLP, LEA Accountancy LLP, ThreeSixty Advisors and Tranzon) upon conversion without further order of Court.

**IT IS SO ORDERED**.

###

Date: March 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

2774019