United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-10335-BB |
| Coldwater Development LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

**Recip ID            Recipient Name and Address**
db            + Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2022                         Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Annie Y Stoops | on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com |
| Annie Y Stoops | on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com |
| Aram Ordubegian | on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com |
| Aram Ordubegian | on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com |
| Asa S Hami | on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com |
| Christopher J Harney | |

District/off: 0973-2                                    User: admin                                              Page 2 of 2
Date Rcvd: Mar 08, 2022                                 Form ID: pdf042                                          Total Noticed: 1

                       on behalf of Interested Party Courtesy NEF charney@tocounsel.com  stena@tocounsel.com

Daniel A Lev
                       on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com  ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev
                       on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com  ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

David Seror
                       on behalf of Trustee Sam S Leslie (TR) dseror@bg.law  ecf@bg.law

Douglas M Neistat
                       on behalf of Interested Party Courtesy NEF dneistat@gblawllp.com  mramos@gblawllp.com;tkrant@gblawllp.com

Dylan J Yamamoto
                       on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com

Eric J Fromme
                       on behalf of Interested Party Courtesy NEF efromme@tocounsel.com  stena@tocounsel.com

Eryk R Escobar
                       on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Jessica L Bagdanov
                       on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law  ecf@bg.law

M Douglas Flahaut
                       on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com

M Douglas Flahaut
                       on behalf of Debtor Lydda Lud  LLC flahaut.douglas@arentfox.com

Robert M Yaspan
                       on behalf of Interested Party Closing Agents Escrow  Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com

Ronald N Richards
                       on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ronald N Richards
                       on behalf of Creditor Give Back LLC ron@ronaldrichards.com  7206828420@filings.docketbird.com

Sam S Leslie (TR)
                       sleslie@trusteeleslie.com  trustee@trusteeleslie.com;C195@ecfcbis.com

Theodore A Cohen
                       on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com  amontoya@sheppardmullin.com

United States Trustee (LA)
                       ustpregion16.la.ecf@usdoj.gov

William N Lobel
                       on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com  jokeefe@tocounsel.com;sschuster@tocounsel.com


TOTAL: 23

1   DAVID SEROR – Bar No. 67488
    JESSICA L. BAGDANOV – Bar No. 281020
2   JESSICA S. WELLINGTON – Bar No. 324477
    BG LAW LLP
3   21650 Oxnard Street, Suite 500
    Woodland Hills, CA 91367
4   Telephone:  (818) 827-9000
    Facsimile:  (818) 827-9099
5   Email:      dseror@bg.law
                jbagdanov@bg.law
6               jwellington@bg.law

7   Attorneys for Sam S. Leslie,
    Chapter 11 Trustee

8

**FILED & ENTERED**

MAR 08 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

**CHANGES MADE BY COURT**

9                   **UNITED STATES BANKRUPTCY COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11                      **LOS ANGELES DIVISION**

12  In re                                    Case No. 2:21-bk-10335-BB

13  COLDWATER DEVELOPMENT, LLC,              Chapter 7
    A California limited liability company,
14                                           Jointly Administered with
                    Debtor and               Case No. 2:21-bk-10336-BB
15                  Debtor-in-Possession.
    _____      **ORDER APPROVING STIPULATION**
16  In re                                    **BETWEEN THE CHAPTER 11 TRUSTEE**
                                             **AND LC ENGINEERING GROUP, INC.**
17  LYDDA LUD, LLC, a California limited      **FOR TURNOVER OF ESTATE**
    liability company,                       **PROPERTY AND ALLOWANCE OF AN**
18                                           **ADMINISTRATIVE EXPENSE CLAIM**

19                  Debtor and
                    Debtor-in-Possession.
20  _____      [No Hearing Required]

21  ☒ Affects both Debtors.

22  ☐ Affects Coldwater Development LLC only.

23  ☐ Affects Lydda Lud, LLC only.

24                  Debtors and
                    Debtors-in-Possession.
25

26

27

28

1

2774421

1     The Court, having reviewed and considered the *Stipulation Between the Chapter 11 Trustee*

2 *and LC Engineering Group, Inc. For Turnover of Estate Property and Allowance of an*

3 *Administrative Expense Claim* [Doc. 258] (the "Stipulation"), entered into between Sam S. Leslie,

4 the duly appointed Chapter 11 Trustee (the "Trustee"), on the one hand, and claimant LC

5 Engineering Group, Inc. ("LC Engineering"), on the other hand, and finding good cause appearing

6 therefor,

7     **IT IS HEREBY ORDERED** that:

8     **1.**     The Stipulation is **APPROVED.**

9     2.     LC Engineering shall turn over the Work Product, as defined in the Stipulation, to the

10 Trustee within one business day of entry of this Order. All rights and arguments of the parties

11 regarding ownership and use of the work product and the remaining terms of the Consulting

12 Agreement are reserved and not affected by this Order.

13     3.     The Work Product shall be turned over to the Trustee in electronic format via

14 Dropbox.

15     4.     The Claim of LC Engineering shall be deemed to be an allowed chapter 11

16 administrative expense claim pursuant to 11 U.S.C. § 503(b).

17     5.     The Claim shall be paid in full upon the close of escrow of the Real Property

18 conditioned upon the availability of funds.

19     **IT IS SO ORDERED.**

20                                         ###

21

22

23

24     Date: March 8, 2022

25                                         Sheri Bluebond
                                          United States Bankruptcy Judge

26

27

28

                                          2

2774421