United States Bankruptcy Court

Central District of California

In re:                                                                                                          Case No. 21-10335-BB

Coldwater Development LLC                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                    User: admin                    Page 1 of 3
Date Rcvd: Mar 09, 2022                 Form ID: 309C                  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |
| aty | + | Annie Y Stoops, Arent Fox LLP, 555 W Fifth St 48Fl, Los Angeles, CA 90013-1065 |
| aty | + | Dylan J Yamamoto, Arent Fox LLP, 555 West Fifth Street, 48th Flr, Los Angeles, CA 90013-1065 |
| aty | + | Jessica L Bagdanov, BG LAW LLP, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367-4911 |
| aty | + | M Douglas Flahaut, Arent Fox, LLP, 555 W Fifth St, 48th fl, Los Angeles, CA 90013-1065 |
| 40618950 | + | Bel Air Project LLC, 9454 Wilshire Blvd. #320, Beverly Hills, CA 90212-2904 |
| 40618951 | + | Construction Enterprise & Services, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |
| 40768649 | + | First Credit Bank, a California banking corporatio, 9255 Sunset Blvd., West Hollywood, CA 90069-3309 |
| 40618952 | + | Give Back LLC, P.O. Box 11480, Beverly Hills, CA 90213-4480 |
| 40618956 | + | LC Engineering Group, Inc., 889 Pierce Court, Suite 101, Thousand Oaks, CA 91360-6098 |
| 40618953 | + | Land Phases Inc., 5158 Cochran St., Simi Valley, CA 93063-3079 |
| 40618954 | + | Larry A. Rothstein, 2945 Townsgate Rd., Suite 200, Westlake Village, CA 91361-5866 |
| 40618955 | + | Law Offices of Adulaziz, Grossbart, and Rudman, 6454 Coldwater Canyon Ave., North Hollywood, CA 91606-1113 |
| 40768688 | | Lincoln Resorts an AZ Joint Venture Prt, c/o Freeman Freeman & Smiley LLP, 1888 Century Park East St 1500, LA CA 90067 |
| 40618958 | + | Los Angeles Department of Water, and Power, P.O. Box 51111, Los Angeles, CA 90051-5700 |
| 40638358 | + | Lydda Lud, LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |
| 40638359 | + | Mohamed Hadid, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |
| 40618959 | + | Permits Unlimited, 4340 Caleta Rd., Agoura Hills, CA 91301-2524 |
| 40765031 | + | RAL Design and Management Inc., Russell Linch, 25031 W. Avenue Standford Unit 100, Valencia, CA 91355-4538 |
| 40618960 | + | Shahbaz Law Group, 15760 Ventura Blvd., Ste. 850, Encino, CA 91436-3092 |
| 40618961 | + | State of California Department of, Industrial Relations, 6150 Van Nuys Blvd # 105, Van Nuys, CA 91401-3370 |
| 40618962 | + | Tree Lane LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |
| 40618963 | + | Treetop Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ordubegian.aram@arentfox.com | Mar 10 2022 00:24:00 | Aram Ordubegian, Arent Fox LLP, 555 W 5th St 48th Fl, Los Angeles, CA 90013-1065 |
| aty | + | EDI: BDSEROR.COM | Mar 10 2022 05:28:00 | David Seror, BG LAW LLP, 21650 Oxnard St Ste 500, Woodland Hills, CA 91367-4911 |
| tr | + | EDI: BSLESLIE | Mar 10 2022 05:28:00 | Sam S Leslie (TR), 1130 South Flower Street, Suite 312, Los Angeles, CA 90015-2143 |
| smg | | EDI: EDD.COM | Mar 10 2022 05:28:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 10 2022 05:28:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Mar 10 2022 00:24:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 40618949 | | Email/Text: ordubegian.aram@arentfox.com | Mar 10 2022 00:24:00 | Aram Ordubegian, Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013-1065 |

Case 2:21-bk-10335-BB    Doc 273    Filed 03/11/22    Entered 03/12/22 05:21:03    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 309C | Total Noticed: 32 |

| 40939777 | EDI: IRS.COM | Mar 10 2022 05:28:00 | IRS, ATTN Insolvency, 24000 Avila Road, Mail Stop 5503, Laguna Niguel, CA 92677-3405 |
|---|---|---|---|
| 40618957 | Email/Text: bankruptcy@ttc.lacounty.gov | Mar 10 2022 00:24:00 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, BANKRUPTCY UNIT, PO BOX 54110, LOS ANGELES CA 90054-0110 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 40618948 | *+ | Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2022                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annie Y Stoops | on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com |
| Annie Y Stoops | on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com |
| Aram Ordubegian | on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com |
| Aram Ordubegian | on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com |
| Asa S Hami | on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com |
| Christopher J Harney | on behalf of Interested Party Courtesy NEF charney@tocounsel.com  stena@tocounsel.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com  ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Daniel A Lev | on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com  ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| David Seror | on behalf of Trustee Sam S Leslie (TR) dseror@bg.law  ecf@bg.law |
| Douglas M Neistat | on behalf of Interested Party Courtesy NEF dneistat@gblawllp.com  mramos@gblawllp.com;tkrant@gblawllp.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 09, 2022 | Form ID: 309C | Total Noticed: 32 |

Dylan J Yamamoto
    on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com

Eric J Fromme
    on behalf of Interested Party Courtesy NEF efromme@tocounsel.com  stena@tocounsel.com

Eryk R Escobar
    on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Jessica L Bagdanov
    on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law  ecf@bg.law

M Douglas Flahaut
    on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com

M Douglas Flahaut
    on behalf of Debtor Lydda Lud  LLC flahaut.douglas@arentfox.com

Robert M Yaspan
    on behalf of Interested Party Closing Agents Escrow  Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com

Ronald N Richards
    on behalf of Creditor Give Back LLC ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Sam S Leslie (TR)
    sleslie@trusteeleslie.com  trustee@trusteeleslie.com;C195@ecfcbis.com

Theodore A Cohen
    on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com  amontoya@sheppardmullin.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

William N Lobel
    on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com  jokeefe@tocounsel.com;sschuster@tocounsel.com

TOTAL: 23

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Coldwater Development LLC** <br> Name | EIN | 37–1620924 |
| United States Bankruptcy Court | Central District of California | Date case filed in chapter **11** | 1/15/21 |
| Case number: | 2:21–bk–10335–BB | Date case converted to chapter **7** | 3/7/22 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Coldwater Development LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 11301 W. Olympic Blvd. #537 <br> Los Angeles, CA 90064 | |
| 4. **Debtor's attorney** <br> Name and address | Aram Ordubegian <br> Arent Fox LLP <br> 555 W 5th St 48th Fl <br> Los Angeles, CA 90013–1065 | Contact phone 213–629–7410 <br> Email _____ |
| 5. **Bankruptcy trustee** <br> Name and address | Sam S Leslie (TR) <br> 1130 South Flower Street, Suite 312 <br> Los Angeles, CA 90015 | Contact phone 323–987–5780 <br> Email _____ |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 255 East Temple Street, <br> Los Angeles, CA 90012 | Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 3/9/22 |
| 7. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **April 7, 2022 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| 8. **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**268/PPC**

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  **Coldwater Development LLC**                                                                  Case number **2:21–bk–10335–BB**

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **2**