

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER _____

APPEAL?  ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Jessica L. Bagdanov           Attorney Bar# 281020
Law Firm: BG Law LLP
Mailing Address: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**): _____
Telephone: (818) 827-9000           E-mail: mgalvan@bg.law
Bankruptcy Case #: 2:21-bk-10335-BB           Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): March 2, 2022 Time: 10:00 am
Debtor: Coldwater Development, LLC
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: S. Bluebond           Courtroom #: LA 1539
**TRANSCRIBER:** Briggs Reporting           **ALTERNATE:** Echo Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days                ☐ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours)      ☐ Ruling/Opinion of Judge only
☐ 7 Days                                        ☐ Testimony of Witness _____
                                                ☒ Other* _____ (name of witness)

*Special Instructions: Item #15.00 on calendar - Trustee's Motion to Approve Auction and Bid Procedures [248]

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____   Division: _____   Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*