DAVID SEROR – Bar No. 67488
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    dseror@bg.law
          jbagdanov@bg.law

Attorneys for Sam Leslie,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br>a California limited liability company,<br><br>Debtor.<br>_____<br>In re<br><br>LYDDA LUD, LLC, a California limited liability company,<br><br>Debtor.<br>_____<br>☒ Affects both Debtors.<br>☐ Affects Coldwater Development LLC only.<br>☐ Affects Lydda Lud, LLC only.<br>Debtors. | Case No. 2:21-bk-10335-BB<br><br>Chapter 7<br><br>Jointly Administered with<br>Case No. 2:21-bk-10336-BB<br><br>**NOTICE OF MOTION BY CHAPTER 7 TRUSTEE TO:**<br><br>**(I) APPROVE SALE OF PROPERTY FREE AND CLEAR OF ALL LIENS, INTERESTS, CLAIMS, AND ENCUMBRANCES, EXCEPT AS OTHERWISE PROVIDED IN THE PURCHASE CONTRACT, PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);**<br><br>**(II) DETERMINE THAT BUYER IS ENTITLED TO PROTECTION PURSUANT TO 11 U.S.C. § 363(m); AND**<br><br>**(III) PROVIDE RELATED RELIEF**<br><br>Hearing:<br>Date:  March 30, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>    United States Bankruptcy Court<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

1

2779145

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS AND THEIR COUNSEL OF RECORD, CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on <u>**March 30, 2022 at 10:00 a.m., in Courtroom 1539 of the above-entitled Bankruptcy Court**</u>, Sam S. Leslie, the duly appointed and acting chapter 7 trustee (the "Trustee") for the bankruptcy estates ("Estates") of Coldwater Development, LLC ("Coldwater Debtor") and Lydda Lud, LLC ("Lydda Debtor") (together, the "Debtors"), hereby moves this Court for an order approving of and authorizing the sale (the "Sale") of real property, as described in the Purchase Contract and Receipt for Deposit, attached to the Declaration of Sam S. Leslie (the "Leslie Decl.") as **Exhibit 1** (the "Purchase Contract"), including Land, Appurtenances, Mineral Rights, Improvements, and Appurtenances (collectively, and as further described in the Purchase Contract, the "Property") to Castle Real Estate, LLC ("Buyer"), pursuant to sections 363(b)(1) and (f) of Title 11 of the United States Code (the "Bankruptcy Code"), free and clear of all interests, including without limitation, liens, claims, encumbrances, leases, tenancies and other occupancies, options to purchase, agreements to sell, rights of first refusal or first offer (or any rights similar to the foregoing), rights of redemption, pledges, and charges (collectively, the "Claims, Rights, and Encumbrances"), except as otherwise provided in the Purchase Contract, with the unassigned Claims, Rights and Encumbrances to attach to the Sale proceeds, with the same priority and rights of enforcement as previously existed.

The Trustee seeks Court approval to sell the Property to the Buyer pursuant to the terms of the Purchase Contract attached to the Motion as **Exhibit 1**. The Trustee requests the Court determine that the Buyer is entitled to a good faith determination pursuant to section 363(m) of the Bankruptcy Code. In addition, the Trustee requests that the Court grant certain related relief pursuant to the Bankruptcy Code and/or applicable law as set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the following disclosures are made pursuant to Local Bankruptcy Rule 6004-1(c)(3):[1]

---

[1] The following contains general summaries of the pertinent provisions of the Purchase Contract, attached to the Motion as **Exhibit 1** and incorporated herein by this reference. It does not, nor does it intend to, in any way, amend or alter the provisions contained in the Purchase Contract. In the event of a conflict, the Purcahse Contract controls in all respects.

2

1. <u>Sale Price</u>:  Trustee proposes to sell the Property to the Buyer, subject to Court approval, for $689,320, plus the Buyer's Premium of $1,010,680, for a total purchase price of $1,700,000 ("Purchase Price").  Additionally, the Buyer is assuming all of the estates' pre-closing property taxes related to the Property.

2. <u>Asset to be Sold</u>:  The Property, as defined in the Purchase Contract.

3. <u>Earnest Money Deposit</u>:  Prior to the Auction, the Buyer remitted a deposit of $250,000 to the Trustee (the "Deposit").

4. <u>No Representations or Warranties</u>:  The Property will be sold by the Trustee on an **"As-Is, Where Is, With All Faults"** basis in its present condition, with no representations or warranties of any kind or character, express or implied, whatsoever.

5. <u>Contingencies</u>:  As of the date of filing this Motion, any contingencies have been removed, and Buyer has funded the Deposit.

6. <u>Free and Clear, Permitted Exceptions</u>: The Sale of the Property shall be free and clear of Claims, Rights, and Encumbrances, except as provided for the Purchase Contract.  Pursuant to the Purchase Contract, the transfer of the Property shall be by Quitclaim Deed and is subject to the following Claims, Rights, and Encumbrances: (a) all unpaid property taxes, (b) covenants, conditions and restrictions of record, (c) easements of record, and (d) local, state and federal laws, ordinances or governmental regulations, including but not limited to, building and zoning laws, ordinances and regulations, now or hereafter in effect relating to the Property (collectively, the "Permitted Exceptions").  **Additionally, as set forth in the Purchase Contract, the Buyer is acquiring ownership of the Property subject to the lien, security interest, and deed of trust of Give Back, LLC (the "Give Back Obligation").**

7. <u>Liquidated Damages, Buyer Default</u>:  If, after Bankruptcy Court approval of the Sale to Buyer, the Buyer fails to complete the purchase contemplated by the Purchase Contract, the Trustee shall retain the Deposit as liquidated damages.

8. <u>Closing Costs</u>:  Buyer  will pay closing costs, including but not limited to, document preparation fees, documentary transfer taxes, and its portion of escrow fees.  The Trustee will pay standard coverage title insurance premiums and his portion of the escrow fees.

9. <u>Close of Escrow</u>:  Escrow shall close on or before the date which is fourteen (14) days after the date upon which the order approving the Sale (the "Sale Order") becomes a final, non-appealable order of the Bankruptcy Court; provided that in no event shall the close of escrow occur later than May 31, 2022.

10. <u>Bankruptcy Court Jurisdiction</u>:  The United States Bankruptcy Court for the Central District of California shall have exclusive jurisdiction to interpret and enforce the Purchase Contract.

11. <u>Tax Consequences</u>:  The Trustee expresses no opinion as to whether there are tax consequences to the Sale.

**PLEASE TAKE FURTHER NOTICE** that, if you do not oppose this Motion, you need take no further action.  If you wish to oppose the motion, in accordance with the Bid Procedures Order [Doc. 267] you must file your response no later than March 29, 2022. Replies may be made orally at the hearing. Furthermore, pursuant to Local Bankruptcy Rule 9013-1(f), your opposition must be in the form of a brief written statement of all reasons in opposition along with a memorandum of points and authorities and all documentary evidence upon which the responding party intends to rely.  The written opposition must conform to the Local Bankruptcy Rules, and must be filed with the Bankruptcy Court Clerk at the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012, and must be served upon the Trustee's counsel, David Seror and Jessica L. Bagdanov at BG Law, LLP, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, and on the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90012.

**PLEASE TAKE FURTHER NOTICE** that the full Motion is on file with the Court and may be reviewed during regular business hours in the Clerk's Office of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012, or by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the failure to timely file and serve any opposition or objection to the Motion may be deemed by the Court to be consent to the relief requested in the Motion.

///

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order substantially in the form of order attached to the Purchase Contract, granting the Motion and providing the following:

1. Finding that notice of the Motion was adequate and proper under the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules for the Central District of California;

2. Authorizing sale of the Property to Buyer, pursuant to sections 363(b) and (f) of the Bankruptcy Code, free and clear of Claims, Rights, and Encumbrances, except as otherwise provided in the Purchase Contract, with the Claims, Rights and Encumbrances to attach to the Sale proceeds, with the same priority and rights of enforcement as previously existed;

3. Authorizing the Trustee to execute any and all documents that may be necessary or convenient to consummate the Sale, including the authority to execute quitclaim deed(s) on behalf of the Estates;

4. Authorizing sale of the Property to Buyer on the terms and conditions set forth herein, on an **AS-IS, WHERE-IS** basis, without any representations or warranties by the Trustee;

5. Authorizing payment through escrow of closing costs consisting of the cost of a standard coverage title insurance policy and the Trustee's portion of escrow fees;

6. Authorizing payment through escrow of the Market and Sale Expense;

7. Authorizing payment through escrow of the Buyer's Premium as provided for above (in part to the Estates and in part to the Auctioneer);

8. Authorizing payment through escrow of the claim of LC Engineering Group, Inc. pursuant to the terms of the Court-approved stipulation [Doc. 264];

9. Authorizing the Trustee to hold the balance of the Sale proceeds pending further order of the Court;

10. Finding that the Buyer is a good faith purchaser of the Property pursuant to section 363(m) of the Bankruptcy Code and is entitled to all benefits and protections provided thereby; and

///

2779145

11. Granting such further relief as may be just and appropriate under the circumstances of this case.

DATED: March 25, 2022                BG LAW LLP

By: /s/ Jessica L. Bagdanov
    David Seror
    Jessica L. Bagdanov
    Attorneys for Sam Leslie, Chapter 7 Trustee

NOTICE MAILED: March 25, 2022.

2779145

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION BY CHAPTER 7 TRUSTEE TO: (I) APPROVE SALE OF PROPERTY FREE AND CLEAR OF ALL LIENS, INTERESTS, CLAIMS, AND ENCUMBRANCES, EXCEPT AS OTHERWISE PROVIDED IN THE PURCHASE CONTRACT, PURSUANT TO 11 U.S.C. §§ 363(B) AND (F); (II) DETERMINE THAT BUYER IS ENTITLED TO PROTECTION PURSUANT TO 11 U.S.C. § 363(M); AND (III) PROVIDE RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 25, , 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eryk R Escobar     eryk.r.escobar@usdoj.gov
- M Douglas Flahaut     flahaut.douglas@arentfox.com
- Eric J Fromme     efromme@tocounsel.com, stena@tocounsel.com
- Asa S Hami     ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com; cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- Christopher J Harney     charney@tocounsel.com, stena@tocounsel.com
- Sam S Leslie (TR)     sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
- Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- William N Lobel     wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com
- David Seror     dseror@bg.law, ecf@bg.law
- Annie Y Stoops     annie.stoops@arentfox.com, yvonne.li@arentfox.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Dylan J Yamamoto     dylan.yamamoto@arentfox.com
- Robert M Yaspan     court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **March 25, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY UNDER 25 PAGES IS SUSPENDED (GENERAL ORDER 21-05).**

Honorable Sheri Bluebond
United States Bankruptcy Court
255 East Temple Street, Suite 1534
Los Angeles, CA  90012-3332

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 25, 2022 | Mela Galvan | /s/ Mela Galvan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

**Coldwater Debtor**
Coldwater Development LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

**Lydda Lud Debtor**
Lydda Lud, LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

**Lienholder**
Los Angeles County Treasurer and Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles CA 90054-0110

**Interest Holder**
State of California Department of Industrial Relations
6150 Van Nuys Blvd # 105
Van Nuys, CA 91401

**Interest Holder**
California Department of Industrial Relations
Division of Workers Compensation
Uninsured Employer Benefits Trust Fund
1515 Clay Street, 7th Floor
Oakland, CA 94612

**Interest Holder**
California Department of Industrial Relations
Division of Workers Compensation
UEF-Collection Unit
P.O. Box 429397
San Francisco, CA 94142-9397

**Lienholder**
Give Back LLC
P.O. Box 11480
Beverly Hills, CA 90213

**Interest Holder**
RAL Design and Management Inc.
Russell Linch
25031 W. Avenue Standford
Unit 100
Valencia, CA 91355

**Lienholder**
Mountains Recreation & Conservation Authority
c/o James Yeramian, Clerk of Governing Board
5750 Ramirez Canyon Road
Malibu, CA 90265

**Lienholder**
Mountains Recreation & Conservation Authority
Conejo Recreation and Park District
c/o James Yeramian, MRCA
403 W Hillcrest Drive
Thousand Oaks, CA 91360

**Interested Party**
Mohamed Hadid
638 North Faring Road
Bel Air, CA 90077

**Interested Party**
Mohamed Hadid
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

**Taxing Authority**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Taxing Authority**
Internal Revenue Service
ATTN Insolvency
24000 Avila Road
Mail Stop 5503
Laguna Niguel, CA 92677-3405

**Taxing Authority**
Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

**Taxing Authority**
Franchise Tax Board Chief Counsel
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

**Prior Broker**
Hilton & Hyland
Attn: Rodrigo Iglesias
257 North Canon Drive #200
Beverly Hills, CA 90210

**Buyer**
Castle Real Estate, LLC
c/o Eisner, LLP
Attn: Michael Eisner
9601 Wilshire Boulevard, 7th Floor
Beverly Hills, CA 90210

**Buyer**
Castle Real Estate, LLC
c/o Pachulski Stang Ziehl & Jones
Attn: Ira Kharasch
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

**DEBTORS' CREDITORS**

Bel Air Project LLC
9454 Wilshire Blvd. #320
Beverly Hills, CA 90212

Law Offices of Adulaziz, Grossbart
and Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606

Aram Ordubegian   **VIA NEF**
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Closing Agents Escrow, Inc. **VIA NEF**
c/o Law Offices of Robert M. Yaspan
21700 Oxnard Street Suite 1750
Woodland Hills, CA 91367-7593

LEA Accountancy, LLP
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015-2143

Permits Unlimited
4340 Caleta Rd.
Agoura Hills, CA 91301

Construction Enterprise & Services
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

Lennie Liston, Esq.
PE, QSD/QSP - President
LC Engineering Group, Inc.
889 Pierce Court, Suite 101
Thousand Oaks, CA 91360

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Lincoln Resorts an AZ Joint
Venture Prt
c/o Freeman Freeman & Smiley LLP
1888 Century Park East St 1500
Los Angeles CA 90067

Shahbaz Law Group
15760 Ventura Blvd., Ste. 850
Encino, CA 91436

First Credit Bank,
a California banking corporation
9255 Sunset Blvd.
West Hollywood, CA 90069

Los Angeles Department of Water
and Power
P.O. Box 51111
Los Angeles, CA 90051

Tree Lane LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

Land Phases Inc.
5158 Cochran St.
Simi Valley, CA 93063

Office of Finance
City of Los Angeles
200 N Spring St RM 101 City Hall
Los Angeles CA 90012-3224

Treetop Development LLC
11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

Larry A. Rothstein
2945 Townsgate Rd., Suite 200
Westlake Village, CA 91361

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**