| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID SEROR – Bar No. 67488<br>JESSICA L. BAGDANOV – Bar No. 281020<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dseror@bg.law<br>          jbagdanov@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Sam Leslie, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>COLDWATER DEVELOPMENT, LLC,<br>a California limited liability company,<br><br>Jointly administered with Case No. 2:21-bk-10336-BB, entitled In re LYDDA LUD, LLC, a California limited liability company,<br><br>                                            Debtor(s). | CASE NO.: 2:21-bk-10335-BB<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |

| **Sale Date:** 03/30/2022 | **Time:** 10:00 am |
|---|---|
| **Location:** Courtroom 1539, 255 East Temple Street, Los Angeles, CA 90012 | |

**Type of Sale**:  ☐ Public    ☒ Private        **Last date to file objections**: 03/29/2022

**Description of property to be sold**:
Land, Appurtenances, Mineral Rights, Improvements, and Appurtenances (as further described in the Purchase Contract attached as Exhibit 1 to the Sale Motion. Assessor's Parcel Numbers 4387-021-018; 4387-021-019; 4387-022-001; 4387-022-002; 4387-020-001; 4387-020-009.

**Terms and conditions of sale**:
Cash sale, no warranties, "as-is, where-is" "all faults" basis, without warranties, express or implied, and no contingencies, free and clear of all liens, claims, interests and encumbrances, except as otherwise provided in the Purcahse Contract. Buyer is acquiring ownership of the Property subject to the lien, security interest, and deed of trust of Give Back, LLC and the Permitted Exceptions, which include unpaid property taxes.

**Proposed sale price**: $ 1,700,000.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                                      **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

None. Auction was held and concluded on March 24, 2022.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

March 30, 2022 at 10:00 a.m. in Courtroom 1539, United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, CA 90012.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

N/A.  There are no overbids accepted as the Auction was held and concluded on March 24, 2022.

Date: 03/25/2022

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
*Date*                  *Printed Name*          *Signature*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 6004-2.NOTICE.SALE**