1  Daniel A. Lev (CA Bar No. 129622)
     dlev@sulmeyerlaw.com
2  **Sulmeyer**Kupetz
   A Professional Corporation
3  333 South Grand Avenue, Suite 3400
   Los Angeles, California 90071-1406
4  Telephone: 213.626.2311
   Facsimile: 213.629.4520
5
   Ronald Richards (CA Bar No. 176246)
6    ron@ronaldrichards.com
   Law Offices of Ronald Richards & Associates, APC
7  P.O. Box 11480
   Beverly Hills, California 90213
8  Telephone:  310.556.1001
   Facsimile:  310.277.3325
9
   Attorneys for Give Back, LLC
10

11              **UNITED STATES BANKRUPTCY COURT**

12        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

13
   In re                                    Case No. 2:21-bk-10335-BB
14
   COLDWATER DEVELOPMENT, LLC,               Chapter 7
15
                                            Jointly Administered With:
16         Debtor.                          Case No. 2:21-bk-10336-BB

17                                          **GIVE BACK LLC'S STATEMENT OF
                                            NON-OPPOSITION RE CHAPTER 7**
18                                          **TRUSTEE'S MOTION TO:  (I) APPROVE
                                            SALE OF PROPERTY FREE AND**
19                                          **CLEAR OF ALL LIENS, INTERESTS,
                                            CLAIMS, AND ENCUMBRANCES,**
20                                          **EXCEPT AS OTHERWISE PROVIDED IN
                                            THE PURCHASE CONTRACT,**
21                                          **PURSUANT TO 11 U.S.C. §§ 363(b) AND
                                            (f); (II) DETERMINE THAT BUYER IS**
22                                          **ENTITLED TO PROTECTION
                                            PURSUANT TO 11 U.S.C. § 363(m); AND**
23                                          **(III) PROVIDE RELATED RELIEF**

24                                          DATE:    March 30, 2022
                                            TIME:     10:00 a.m.
25                                          PLACE:  Courtroom "1539"

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DAL 2734017v1

1  In re

2  LYDDA LUD, LLC,

3

4          Debtor.

5  ☒     Affects Both Debtors

6  ☐     Affects Coldwater Development,

7          LLC only

8  ☐     Affects Lydda Lud, LLC only

9

10  **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,**

11  **THE CHAPTER 7 TRUSTEE, THE DEBTORS, THE OFFICE OF THE UNITED STATES**

12  **TRUSTEE, CREDITORS, AND INTERESTED PARTIES:**

13          Give Back, LLC ("Give Back") does not oppose the relief requested by Sam

14  S. Leslie (the "Trustee"), the duly appointed, qualified, and acting chapter 7 trustee for the

15  estates of the jointly administered debtors Coldwater Development, LLC ("Coldwater")

16  and Lydda Lud, LLC ("Lydda" and together with Coldwater, the "Debtors"), in his "Chapter

17  7 Trustee's Motion to:  (I) Approve Sale of Property Free and Clear of All Liens, Interests,

18  Claims, and Encumbrances, Except As Otherwise Provided in the Purchase Contract,

19  Pursuant to 11 U.S.C. §§ 363(b) and (f); (II) Determine That Buyer is Entitled to

20  Protection Pursuant to 11 U.S.C. § 363(m); and (III) Provide Related Relief;

21  Memorandum of Points and Authorities and Declaration of Sam S. Leslie, Michael C.

22  Walters, Jeffrey J. Tanenbaum and Michael Eisner in Support Thereof" (the "Motion").

23  Give Back agrees that all the prerequisites for approval of the sale pursuant to 11 U.S.C.

24  §§ 363(b) and (f) have been satisfied, and the buyer is entitled to the good faith

25

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    protections of 11 U.S.C. § 363(m).  Therefore, Give Back urges the Court to approve the

2    Motion.[1]

3    DATED: March 28, 2022                    **Sulmeyer**Kupetz
                                             A Professional Corporation
4

5

6                                            By: /s/ *Daniel A. Lev*_____
                                                 Daniel A. Lev
7                                                Attorneys for Give Back, LLC

8    DATED: March 28, 2022                    Law Offices of Ronald Richards & Associates, APC

9

10

11                                           By: /s/ *Ronald Richards*_____
                                                 Ronald Richards
12                                               Attorneys for Give Back, LLC

13

14

15

16

17

18

19

20

21

22

23    _____

24    [1] Also on calendar on March 30, 2022, is the continued hearing on Give Back's "Notice of Motion and
      Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Real
25    Property)" (the "Stay Motion").  Although Give Back is hopeful that there will be no delays in the approval of
      the Motion and the closing of the sale, Give Back does not want the Stay Motion to be removed from the
26    court's active calendar until the sale actually closes.  As such, Give Back requests that the Stay Motion be
      continued for a period of 60 days, at which point, if the sale closes, Give Back will voluntarily dismiss the
27    motion.

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **GIVE BACK LLC'S STATEMENT OF NON-OPPOSITION RE CHAPTER 7 TRUSTEE'S MOTION TO:  (I) APPROVE SALE OF PROPERTY FREE AND CLEAR OF ALL LIENS, INTERESTS, CLAIMS, AND ENCUMBRANCES, EXCEPT AS OTHERWISE PROVIDED IN THE PURCHASE CONTRACT, PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); (II) DETERMINE THAT BUYER IS ENTITLED TO PROTECTION PURSUANT TO 11 U.S.C. § 363(m); AND (III) PROVIDE RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 28, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached ECF List**

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 28, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 28, 2022 | Cheryl Caldwell | /s/Cheryl Caldwell |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                      **F 9013-3.1.PROOF.SERVICE**

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

## 1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Theodore A Cohen**    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov, Kelly.L.Morrison@usdoj.gov
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Eric J Fromme**    efromme@tocounsel.com, stena@tocounsel.com
- **Asa S Hami**    ahami@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- **Christopher J Harney**    charney@tocounsel.com, stena@tocounsel.com
- **Sam S Leslie (TR)**    sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **William N Lobel**    wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- **Douglas M Neistat**    dneistat@gblawllp.com, mramos@gblawllp.com;tkrant@gblawllp.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Annie Y Stoops**    annie.stoops@arentfox.com, yvonne.li@arentfox.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto**    dylan.yamamoto@arentfox.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.