United States Bankruptcy Court

Central District of California

In re:  
Coldwater Development LLC  
    Debtor

Case No. 21-10335-BB  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: van220m | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

**Name**      **Email Address**

Annie Y Stoops  
    on behalf of Debtor Lydda Lud  LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com

Annie Y Stoops  
    on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com

Aram Ordubegian  
    on behalf of Debtor Lydda Lud  LLC ordubegian.aram@arentfox.com

Aram Ordubegian  
    on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com

Asa S Hami  
    on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Christopher J Harney

Case 2:21-bk-10335-BB    Doc 286    Filed 03/30/22    Entered 03/30/22 21:21:48    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: van220m | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF charney@tocounsel.com stena@tocounsel.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Daniel A Lev | on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| David Seror | on behalf of Trustee Sam S Leslie (TR) dseror@bg.law ecf@bg.law |
| Douglas M Neistat | on behalf of Interested Party Courtesy NEF dneistat@gblawllp.com mramos@gblawllp.com;tkrant@gblawllp.com |
| Dylan J Yamamoto | on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com |
| Eric J Fromme | on behalf of Interested Party Courtesy NEF efromme@tocounsel.com stena@tocounsel.com |
| Eryk R Escobar | on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov Kelly.L.Morrison@usdoj.gov |
| Jessica L Bagdanov | on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law ecf@bg.law |
| M Douglas Flahaut | on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com |
| M Douglas Flahaut | on behalf of Debtor Lydda Lud LLC flahaut.douglas@arentfox.com |
| Robert M Yaspan | on behalf of Interested Party Closing Agents Escrow Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Creditor Give Back LLC ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com |
| Theodore A Cohen | on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com amontoya@sheppardmullin.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| William N Lobel | on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |

TOTAL: 23

FormCACB (hrg – van220m)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF SCHEDULED HEARING

**DEBTOR(S) INFORMATION:**
Coldwater Development LLC

**SSN:** N/A
**EIN:** 37-1620924

11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

**BANKRUPTCY NO.** 2:21-bk-10335-BB
**CHAPTER** 7

**NOTICE IS HEREBY GIVEN** that a hearing will be held to consider and act upon the following: Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) [docket #280].

**YOU ARE HEREBY NOTIFIED** that the hearing will be conducted on:

| | |
|---|---|
| **Date:** | **March 30, 2022** |
| **Time:** | **10:00 AM** |
| **Hearing Judge:** | **Sheri Bluebond** |
| **Location:** | **255 E Temple St., Crtrm 1539, Los Angeles, CA 90012** |

Objections to the above shall be in writing and filed with the Court at least FOURTEEN (14) DAYS prior to the hearing date. Any objection not filed and served may be deemed waived. See LBR 9013-1(f).

For further information, you may review the case at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov

Dated: March 28, 2022

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrg – van220m v. 12/2021))

**283 – 280 / MEL**