| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:    TELEPHONE NO.: (310) 556-1001<br>LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.<br>Ronald Richards (SBN 176246)<br>P.O. Box. 11480<br>Beverly Hills, CA 90213<br>Telephone (310) 556-1001/ Facsimile (310) 277-3325<br>Email: ron@ronaldrichards.com | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR LIEN CLAIMANT: Give Back, LLC, a California limited liability Company | |
| NAME OF COURT: United States Bankruptcy Court-Central District of California<br>STREET ADDRESS: 255 E. Temple St.<br>MAILING ADDRESS: Los Angeles, CA 90012<br>CITY AND ZIP CODE: Los Angeles Division<br>BRANCH NAME: | |
| PLAINTIFF: In re Coldwater Development LLC<br>DEFENDANT: In re Lydda Lud LLC | |
| **NOTICE OF LIEN**<br>(Attachment—Enforcement of Judgment) | CASE NUMBER:<br>2:21-bk-10335-BB |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Superior Court of the State of California, County of Los Angeles
   b. Name of case *(specify)*: Give Back, LLC v. Mohamed Hadid, et al.
   c. Number of case *(specify)*: 20SMCV01315
   d. ☒ Date of entry of judgment *(specify)*: May 5, 2021
   e. ☐ Dates of renewal of judgment *(specify)*:

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Give Back, LLC, P.O. Box 11480, Beverly Hills, CA 90213
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   Mohamed Hadid, 11301 W. Olympic Blvd., #537, Los Angeles, California 90064
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 26,387,498.80 plus post-judgment interest
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

> **NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: April 8, 2022

Ronald Richards                                           ▶   /s/ Ronald Richards
*(TYPE OR PRINT NAME)*                                      *(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

Form Approved by the Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410

# EXHIBIT

EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number)*:<br>After recording, return to:<br>Ronald Richards (SBN 176246)<br>Law Offices of Ronald Richards & Associates, APC<br>PO Box 11480<br>Beverly Hills, CA 90213<br>TEL NO.: 310-556-1001    FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional)*: ron@ronaldrichards.com<br>[x] ATTORNEY FOR    [x] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 1725 Main Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Santa Monica 90401
BRANCH NAME: Santa Monica Courthouse

PLAINTIFF: Give Back, LLC
DEFENDANT: Mohamed Hadid, et al

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER: 20SMCV01315

FOR COURT USE ONLY

1. The [x] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Mohamed Hadid
      11301 W. Olympic Blvd., #537
      Los Angeles, California 90064
      
   b. Driver's license no. [last 4 digits] and state: 4339    [ ] Unknown
   c. Social security no. [last 4 digits]: 9736    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Mohamed Hadid, 11301 W. Olympic Blvd., #537, Los Angeles, California 90064

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Give Back, LLC C/O Ronald Richards &Associates APC
   P.O. Box 11480 Beverly Hills, CA 90213

Date: 5/5/2021
Ronald Richards
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ /s Ronald Richards
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $26,387,498.80
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 5/5/2021
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*: 05/05/2021

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:
11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by K. Parenteau, Deputy

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

| PLAINTIFF: | Give Back, LLC | COURT CASE NO.: |
|---|---|---|
| DEFENDANT: | Mohamed Hadid et al | 20SMCV01315 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ☐ Name and last known address

17. ☐ Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. ☐ Name and last known address

19. ☐ Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF LIEN
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) APRIL 8, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2:21-bk-10335-BB Notice will be electronically mailed to:**

Jessica L Bagdanov on behalf of Trustee Sam S Leslie (TR)
jbagdanov@bg.law, ecf@bg.law

Theodore A Cohen on behalf of Interested Party Courtesy NEF
tcohen@sheppardmullin.com, amontoya@sheppardmullin.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

M Douglas Flahaut on behalf of Debtor Coldwater Development LLC
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor Lydda Lud, LLC
flahaut.douglas@arentfox.com

Eric J Fromme on behalf of Interested Party Courtesy NEF
efromme@tocounsel.com, stena@tocounsel.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Christopher J Harney on behalf of Interested Party Courtesy NEF
charney@tocounsel.com, stena@tocounsel.com

Sam S Leslie (TR)
sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com

Daniel A Lev on behalf of Creditor Give Back LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  **F 9013-3.1.PROOF.SERVICE**

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

William N Lobel on behalf of Interested Party Mohamed Hadid
wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

Douglas M Neistat on behalf of Interested Party Courtesy NEF
dneistat@gblawllp.com, mramos@gblawllp.com;tkrant@gblawllp.com

Aram Ordubegian on behalf of Debtor Coldwater Development LLC
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor Lydda Lud, LLC
ordubegian.aram@arentfox.com

Ronald N Richards on behalf of Creditor Give Back LLC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

David Seror on behalf of Trustee Sam S Leslie (TR)
dseror@bg.law, ecf@bg.law

Annie Y Stoops on behalf of Debtor Coldwater Development LLC
annie.stoops@arentfox.com, yvonne.li@arentfox.com

Annie Y Stoops on behalf of Debtor Lydda Lud, LLC
annie.stoops@arentfox.com, yvonne.li@arentfox.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Jessica Wellington on behalf of Trustee Sam S Leslie (TR)
jwellington@bg.law, ecf@bg.law

Dylan J Yamamoto on behalf of Debtor Coldwater Development LLC
dylan.yamamoto@arentfox.com

Robert M Yaspan on behalf of Interested Party Closing Agents Escrow, Inc
court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
APRIL 8, 2022          Ronald Richards                                    /s Ronald Richards

| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                **F 9013-3.1.PROOF.SERVICE**