Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Give Back, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br><br>        Debtor. | Case No. 2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 2:21-bk-10336-BB<br><br>**NOTICE OF LODGING OF ADDITIONAL PERFECTED LIENS AGAINST EQUITY HOLDER MOHAMED HADID** |
| In re<br><br>LYDDA LUD, LLC,<br><br>        Debtor. | |
| ☒    Affects Both Debtors<br><br>☐    Affects Coldwater Development, LLC only<br><br>☐    Affects Lydda Lud, LLC only | |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DAL 2733533v1

Give Back, LLC ("Give Back") hereby lodges and serves on all parties the following perfected liens against equity holder Mohamed Hadid:

1. A Judgment Lien perfected with the California Secretary of State filed on May 5, 2021 attached as Exhibit "A".

2. A charging order filed against the equity holder Mohamed Hadid entered on January 14, 2022 attached as Exhibit "B".

3. The amount of the interest as of April 4, 2022 that was filed with the Los Angeles Superior Court is $2,407,406.85 plus costs of $154.25.

4. The total amount owed is $28,795,059.90 plus daily interests, costs, and attorney's fees.

DATED: April 8, 2022

**Sulmeyer**Kupetz
A Professional Corporation

By: /s/ *Daniel A. Lev*
Daniel A. Lev
Attorneys for Give Back, LLC

DATED: April 8, 2022

Law Offices of Ronald Richards & Associates, APC

By: /s/ *Ronald Richards*
Ronald Richards
Attorneys for Give Back, LLC

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**EXHIBIT "A"**

U210044188332

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210044188332 |
| Date Filed: 5/5/2021 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | Ronald N. Richards |
| Organization Name | Law Offices of Ronald Richards & Associates, APC |
| Phone Number | (310) 556-1001 |
| Email Address | ron@ronaldrichards.com |
| Address | PO BOX 11480 |
| | BEVERLY HILLS, CA 90213 |

**Judgment Debtor Information:**

| Judgment Debtor Name | Mailing Address |
| --- | --- |
| Mohamed Hadid | 11301 W. Olympic Blvd.<br>#537<br>Los Angeles, CA 90064 |

**Judgment Creditor Information:**

| Judgment Creditor Name | Mailing Address |
| --- | --- |
| Give Back, LLC | Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213 |

**Judgment Information:**

| | |
| --- | --- |
| A. Name of Court Where Judgment Was Entered | Los Angeles Superior Court-West District |
| B. Title of the Action | Give Back LLC vs. Mohamed Hadid |
| C. Case Number | 20SMCV01315 |
| D. Date Judgment Was Entered | 05/05/2021 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
| --- |
| None Entered |

| | |
| --- | --- |
| F. Date of This Notice | 05/05/2021 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $26,837,498.80 |

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

**Declaration and Signature:**

Declaration:                                   I am the Attorney of Record for the Judgment Creditor.

☒  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| *Ronald Richards* | *05/05/2021* |
| --- | --- |
| Sign Here | Date |

**EXHIBIT "B"**

EFS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 187429 | FOR COURT USE ONLY |
|---|---|---|

NAME: Geoffrey Long, Esq.

FIRM NAME: Law Offices of Geoffrey Long, A.P.C.

STREET ADDRESS: 1601 N. Sepulveda Blvd., No. 729

CITY: Manhattan Beach  STATE: CA  ZIP CODE: 90266

TELEPHONE NO.: 310-480-5946  FAX NO.: 310-796-5663

E-MAIL ADDRESS: glong0607@gmail.com

ATTORNEY FOR (name): Give Back, LLC

**FOR COURT USE ONLY**

**FILED**
Superior Court of California
County of Los Angeles

JAN 14 2022

Sherri R. Carter, Executive Officer/Clerk of Court

By: E. Sam, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles

STREET ADDRESS: 1725 Main St.

MAILING ADDRESS: 1725 Main St.

CITY AND ZIP CODE: Santa Monica 90401

BRANCH NAME: Santa Monica / West District

PLAINTIFF/PETITIONER: Give Back, LLC

DEFENDANT/RESPONDENT: Mohamed Hadid

OTHER:

**PROPOSED ORDER (COVER SHEET)**

CASE NUMBER:
20SMCV01315

JUDICIAL OFFICER:
Judge Elaine Mandel

DEPT:
P

---

NOTE: This cover sheet is to be used to electronically file and submit to the court a proposed order. The proposed order sent electronically to the court must be in PDF format and must be attached to this cover sheet. In addition, a version of the proposed order in an editable word-processing format must be sent to the court at the same time as this cover sheet and the attached proposed order in PDF format are filed.

---

1. Name of the party submitting the proposed order:

   Give Back, LLC

2. Title of the proposed order:

   Order Charging Judgment Debtor Mohamed Hadid's Membership Interests To Satisfy Judgment And For Foreclosure Sale

3. The proceeding to which the proposed order relates is:

   a. Description of proceeding: motion for charging order and forclosure sale of LLC membership interests

   b. Date and time: November 12, 2021 at 8:30 a.m.

   c. Place: Virtual at Department P of the Los Angeles County Superior Court, Santa Monica Courthouse, Judge Elaine Mandel presiding.

4. The proposed order was served on the other parties in the case.

---

Geoffrey Long, Esq.
_____
(TYPE OR PRINT NAME)

▶  _____
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EFS-020 [Rev. February 1, 2017]

**PROPOSED ORDER (COVER SHEET)**
**(Electronic Filing)**

Cal. Rules of Court,
rules 2.252, 3.1312
www.courts.ca.gov

Electronically Received 11/30/2021 11:59 AM

1  LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
   Ronald N. Richards (State Bar No. 176246)
2  P.O. Box 11480
   Beverly Hills, CA 90213
3  Telephone:    (310) 556-1001
   Facsimile:    (310) 277-3325

4

5  LAW OFFICES OF GEOFFREY LONG, A.P.C.
   Geoffrey S. Long (SBN 187429)
   1601 N. Sepulveda Blvd., No. 729
6  Manhattan Beach, California 90266
   Telephone:    (310) 480-5946
7  Facsimile:    (310) 796-5663

8  Attorneys for Plaintiff/Judgment Creditor
   GIVE BACK, LLC, a California limited liability company

9

**FILED**
Superior Court of California
County of Los Angeles

JAN 14 2022

Sherri R. Carter, Executive Officer/Clerk of Court

By: E. Sam, Deputy

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11       FOR THE COUNTY OF LOS ANGELES— SANTA MONICA COURTHOUSE
                              (WEST DISTRCT)

12

13  GIVE BACK, LLC, a California limited liability     )     Case No. 20SMCV01315
    company,                                            )     (Assigned for all purposes to Hon. Elaine
14                                                      )       Mandel, Dept. P)
                 Plaintiff,                             )
15                                                      )     [PROPOSED] ORDER CHARGING
         v.                                             )     JUDGMENT DEBTOR MOHAMED
16                                                      )     HADID'S MEMBERSHIP INTERESTS
    MOHAMED HADID, an individual; and DOES 1           )     TO SATISFY JUDGMENT AND FOR
17  through 50, inclusive,                              )     FORECLOSURE SALE
                                                        )
18               Defendants.                            )
                                                        )
19  _____         )

20

21       Judgment Creditor Give Back, LLC's ("Judgment Creditor") Motion for Order Charging

22  Judgment Debtor Mohamed Hadid's ("Judgment Debtor") Membership Interests to Satisfy

23  Judgment and for Foreclosure Sale ("Motion") came on regularly for hearing, after several

24  continuances, on November 12, 2021, before the Honorable Elaine Mandel presiding, in

25  Department P of the above-entitled Court. Ronald Richards and Geoffrey Long appeared on behalf

26  of Judgment Creditor. Jeffrey Reeves, Christopher Pitet, Christopher Harney, and Jay Adkisson

27  appeared on behalf of Judgment Debtor.

28

01/25/22

_____
       [PROPOSED] ORDER CHARGING JUDGMENT DEBTOR MOHAMED HADID'S
    MEMBERSHIP INTERESTS TO SATISFY JUDGMENT AND FOR FORECLOSURE SALE

1       The Court having considered all papers and evidence filed in support of and in opposition to

2 the Motion, all matters subject to judicial notice, having received argument of counsel, and good

3 cause appearing:

4       **IT IS ORDERED**:

5       1.     The Motion is granted.

6       2.     Pursuant to *Code of Civil Procedure*, sections 708.310, 708.320, and *Corporations*

7 *Code*, section 17705.03(a), the transferable interest, as that term is defined in *Corporations Code,*

8 sections 17705.01 *et seq.*, of Judgment Debtor in the following limited liability companies are

9 hereby charged with the unpaid balance of the judgment entered in the above-captioned action in

10 favor of Judgment Creditor against Judgment Debtor on May 5, 2021 ("Judgment") in the amount

11 of $26,387,498.80 plus post-judgment interest thereon from May 5, 2021, and any additional

12 amounts added thereto by further order of this Court (the "Lien"):

13           (a)     Coldwater Development LLC;

14           (b)     AM Family Fund LLC; and

15           (c)     Casablanca Grand LLC.

16       3.     Pursuant to *Code of Civil Procedure*, sections 708.310, 708.320, and *Corporations*

17 *Code*, section 17705.03(a), Coldwater Development LLC; AM Family Fund LLC; and Casablanca

18 Grand LLC and their managers and/or trustees shall pay any money or property due or to become

19 due to Judgment Debtor directly to Judgment Creditor located at P.O. Box 11480, Beverly Hills,

20 California 90213 until the amount due on the Judgment, plus all accrued interest thereon and any

21 additional amounts added thereto by further order of this Court, is paid in full.

22       4.     Pursuant to *Corporations Code*, section 17705.03(b)(3), a foreclosure of the Lien

23 and sale of Judgment Debtor's transferable interest, as defined in *Corporations Code,* sections

24 17705.01 *et seq.*, in Coldwater Development LLC; AM Family Fund LLC; and Casablanca Grand

25 LLC, in the amount of the Lien, shall occur by the Judgment Creditor, appointed agent or trustee

26 consistent with the following procedures as provided for in *Commercial Code*, sections 9610 to

27 9616, until the amount due on the Judgment, plus all accrued interest thereon and any additional

28 amounts added thereto by further order of this Court, is paid in full:

01/25/22

(a)    The sale shall occur at or in front of the premises located at the Los Angeles County Superior Court, Beverly Hills Courthouse, 9355 Burton Way, Beverly Hills, CA 90210.

(c) The Judgment Creditor, appointed agent or trustee shall serve written notice of public sale by personal delivery, Federal Express ground or registered or certified mail at their last known addresses, on the Judgment Debtor, on each of the charged limited liability companies, via their agent for service of process or trustee, and other persons who the Judgment Creditor, appointed agent, or trustee has reasonable cause to believe, after diligent inquiry, have a substantial interest in the sale property.

(d) The Judgment Creditor, appointed agent or trustee shall attempt to sell Judgment Debtor's transferable interest, as defined in *Corporations Code,* sections 17705.01 *et seq.*, in the amount of the Lien, in Coldwater Development LLC; AM Family Fund LLC; and Casablanca Grand LLC as single lots in three sales in order to avoid unnecessary expense and resources.

(e) The Judgment Creditor, appointed agent or trustee may postpone the sale from time to time by continuing the required posting or publication of notice until the date to which the sale is postponed, and appending, at the foot of each such notice, the following: "The above sale is postponed until the ____day of _____, 2021, at ____ o'clock __.M., _____, Judgment Creditor, by _____, Attorney for the Judgment Creditor, dated _____."

(f) A bidder at the sale, other than Judgment Creditor, appointed agent or trustee on a credit bid, may be required by the Judgment Creditor, appointed agent or trustee to make a non-refundable cash deposit of as much as 20% of the sale price proposed before the bid is accepted.

(g)  Judgment Creditor, appointed agent or trustee shall be permitted to credit bid at the foreclosure sale for the charged property up to the amount of the Judgment, plus post-judgment interest.

(h)  If the terms of the sale are not complied with by the successful bidder(s), the Judgment Creditor, appointed agent or trustee shall proceed to sell the charged property again on the same day if there is sufficient time. If there is insufficient time, the Judgment Creditor, appointed agent or trustee shall schedule and notice a subsequent sale of the charged property as provided for herein.

(i)  If the charged property is sold pursuant hereto and the successful bidder(s) complies with the terms of the sale, the Judgment Creditor, appointed agent or trustee shall execute and deliver all documents necessary to transfer to the successful bidder(s), without warranty, Judgment Debtor's transferable interest in the charged property in the amount of the Lien.  In addition to any other documents necessary to effect said transfer, such documentary transfer of ownership shall take the form similar to the document attached hereto as Exhibits "A" – "C."

(j)  Upon completion of the foreclosure sales, the Judgment Creditor shall report to the Court the outcome of the sales and if any credits are due on the Judgment.

(k)  If the successful bidder(s) dies before execution and delivery of the documents needed to transfer ownership, the Judgment Creditor, appointed agent or trustee shall execute and deliver them to the successful bidder's estate.  Such delivery to the estate shall have the same effect as if accomplished during the lifetime of the purchaser.

(l)  The purchaser(s) of the charged property shall be deemed to be an innocent purchaser without notice if the purchaser would have been considered an innocent purchaser without notice had the sale(s) been made voluntarily and in person by the Judgment Debtor.

[PROPOSED] ORDER CHARGING JUDGMENT DEBTOR MOHAMED HADID'S
MEMBERSHIP INTERESTS TO SATISFY JUDGMENT AND FOR FORECLOSURE SALE

(m)  A successful bidder at the foreclosure sale who fails to comply with the terms of the sales shall forfeit to the Judgment Creditor the cash deposit or, at the election of the Judgment Creditor, shall be liable to the Judgment Creditor, on a subsequent sale of the charged property, for all net losses incurred by the Judgment Creditor as a result of such failure.

(n)  The Judgment Creditor, appointed agent or trustee may conduct the foreclosure sale pursuant to the provisions of *Commercial Code*, sections 9610 to 9616, as a secured creditor of the Judgment Debtor's charged transferable interests in the above referenced entities.

(o)  At any time before the foreclosure sale, Judgment Debtor may extinguish this charging order by satisfying the Judgment and filing a certified copy of the satisfaction with this Court.

(p)  At any time before the foreclosure sale, Coldwater Development LLC; AM Family Fund LLC; Casablanca Grand LLC or one or more of their members whose transferable interests are not subject to this charging order may pay to Judgment Creditor the full amount due under the judgment and thereby succeed to the rights of the Judgment Creditor, including this charging order.

(q) The Judgment Creditor, appointed agent or trustee, is hereby ordered to complete the transfer document in a form similar to that attached hereto as Exhibits "A" through "C" upon the completion of the foreclosure sale, and execute the transfer document and note the sales price and any credit to the Judgment Debtor after the costs of the sale are deducted.  Upon receipt by the purchaser at the time of the foreclosure sale of the transfer document, this Court hereby orders Judgment Debtor's transferable interest in the charged property transferred without impairment, further order of the Court, or any additional consent by any party including Judgment Debtor

1    or the entity in which the Judgment Debtor's transferable interest was foreclosed

2    upon.

3    **IT IS SO ORDERED.**

4

5    Dated:    01/14/2022

6                                          Honorable Elaine Mandel
                                           California Superior Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01/25/22

6

**EXHIBIT "A" TO COURT ORDER**

01/25/22

1  LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Ronald N. Richards (State Bar No. 176246)
2  P.O. Box 11480
Beverly Hills, CA  90213
3  Telephone:    (310) 556-1001
Facsimile:    (310) 277-3325
4
LAW OFFICES OF GEOFFREY LONG, A.P.C.
5  Geoffrey S. Long (SBN 187429)
1601 N. Sepulveda Blvd., No. 729
6  Manhattan Beach, California 90266
Telephone:    (310) 480-5946
7  Facsimile:    (310) 796-5663

8  Attorneys for Judgment Creditor GIVE BACK, LLC

9
SUPERIOR COURT OF THE STATE OF CALIFORNIA
10
FOR THE COUNTY OF LOS ANGELES— SANTA MONICA COURTHOUSE
11                                          (WEST DISTRCT)

12  GIVE BACK, LLC, a California limited liability          Case No. 20SMCV01315
company,                                              (Assigned for all purposes to Hon. Elaine
13                                                          )        Mandel, Dept. P)
                                                        )
14          Plaintiff,                                    )
                                                        )   **OWNERSHIP TRANSFER**
15      v.                                               )   **DOCUMENT OF JUDGMENT**
                                                        )   **DEBTOR MOHAMED HADID'S**
16  MOHAMED HADID, an individual; and DOES 1            )   **TRANSFERABLE INTEREST IN**
through 50, inclusive,                                  )   **COLDWATER DEVELOPMENT LLC**
17                                                          )   **PURSUANT TO THE CHARGING**
            Defendants.                                  )   **ORDER AND FORECLOSURE SALE**
18                                                          )   **ORDERED BY THE COURT**
                                                        )
19                                                          )

20          Pursuant to *Code of Civil Procedure*, sections 708.310 through 708.320, and *Corporations*

21  *Code*, section 17705.03, the Superior Court for the State of California, County of Los Angeles,

22  Judge Elaine Mandel presiding, in the above-captioned action, entered an Order Charging Judgment

23  Debtor Mohamed Hadid's Membership Interest to Satisfy Judgment and for Foreclosure Sale

24  ("Charging and Foreclosure Sale Order").

25          Pursuant to the Charging and Foreclosure Sale Order and *Code of Civil Procedure*, sections

26  708.310, 708.320, and *Corporations Code*, section 17705.03(a), the transferable interest, as that

27  term is defined in *Corporations Code,* sections 17705.01 *et seq.,* of Judgment Debtor Mohamed

28  Hadid in, *inter alia,* Coldwater Development LLC was charged with the unpaid balance of the

01/25/22

1    judgment entered in the above-captioned action in favor of Judgment Creditor Give Back, LLC

2    against Judgment Debtor Mohamed Hadid on May 5, 2021 ("Judgment") in the amount of

3    $26,387,498.80 plus post-judgment interest thereon from May 5, 2021, and any additional amounts

4    added thereto by further order of this Court (the "Lien").

5          Pursuant to the foreclosure of the Lien and public sale and auction of Judgment Debtor

6    Mohamed Hadid's transferable interest in Coldwater Development LLC, in the amount of the Lien,

7    held pursuant to the Charging and Foreclosure Sale Order, the following amounts are recorded by

8    Judgment Creditor Give Back, LLC, its agent, or trustee:

9    NAME OF WINNING BIDDER:        _____

10    WINNING BID AMOUNT:        $_____

11    CREDIT TO JUDGMENT DEBTOR:        $_____

12          Based upon completion of the foreclosure sale and public auction pursuant to the Charging

13    and Foreclosure Sale Order, Judgment Debtor Mohamed Hadid's transferable interest, as that term

14    is defined in California *Corporations Code,* sections 17705.01 *et seq.,* in the amount of the Lien, in

15    Coldwater Development LLC shall pass from Judgment Debtor Mohamed Hadid to the purchaser as

16    an innocent purchaser for value.

17    Dated:

18

19          _____

20          [PRINT NAME:                    ]

21

22

23

24

25

26

27

28

OWNERSHIP TRANSFER DOCUMENT OF JUDGMENT DEBTOR MOHAMED HADID'S TRANSFERABLE INTEREST IN
COLDWATER DEVELOPMENT LLC PURSUANT TO CHARGING ORDER & FORECLOSURE SALE ORDERED BY COURT

01/25/22

**EXHIBIT "B" TO COURT ORDER**

01/25/22

1  | LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
   | Ronald N. Richards (State Bar No. 176246)
2  | P.O. Box 11480
   | Beverly Hills, CA 90213
3  | Telephone:    (310) 556-1001
   | Facsimile:    (310) 277-3325
4  |
   | LAW OFFICES OF GEOFFREY LONG, A.P.C.
5  | Geoffrey S. Long (SBN 187429)
   | 1601 N. Sepulveda Blvd., No. 729
6  | Manhattan Beach, California 90266
   | Telephone:    (310) 480-5946
7  | Facsimile:    (310) 796-5663

8  Attorneys for Judgment Creditor GIVE BACK, LLC

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF LOS ANGELES— SANTA MONICA COURTHOUSE
### (WEST DISTRCT)

| GIVE BACK, LLC, a California limited liability company, | ) | Case No. 20SMCV01315 |
| Plaintiff, | ) | (Assigned for all purposes to Hon. Elaine Mandel, Dept. P) |
| v. | ) | **OWNERSHIP TRANSFER DOCUMENT OF JUDGMENT DEBTOR MOHAMED HADID'S TRANSFERABLE INTEREST IN AM FAMILY FUND LLC PURSUANT TO THE CHARGING ORDER AND FORECLOSURE SALE ORDERED BY THE COURT** |
| MOHAMED HADID, an individual; and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

Pursuant to *Code of Civil Procedure*, sections 708.310 through 708.320, and *Corporations Code*, section 17705.03, the Superior Court for the State of California, County of Los Angeles, Judge Elaine Mandel presiding, in the above-captioned action, entered an Order Charging Judgment Debtor Mohamed Hadid's Membership Interest to Satisfy Judgment and for Foreclosure Sale ("Charging and Foreclosure Sale Order").

Pursuant to the Charging and Foreclosure Sale Order and *Code of Civil Procedure*, sections 708.310, 708.320, and *Corporations Code*, section 17705.03(a), the transferable interest, as that term is defined in *Corporations Code*, sections 17705.01 *et seq.*, of Judgment Debtor Mohamed Hadid in, *inter alia*, AM Family Fund LLC was charged with the unpaid balance of the judgment

01/25/22

1    entered in the above-captioned action in favor of Judgment Creditor Give Back, LLC against

2    Judgment Debtor Mohamed Hadid on May 5, 2021 ("Judgment") in the amount of $26,387,498.80

3    plus post-judgment interest thereon from May 5, 5021, and any additional amounts added thereto by

4    further order of this Court (the "Lien").

5         Pursuant to the foreclosure of the Lien and public sale and auction of Judgment Debtor

6    Mohamed Hadid's transferable interest, in AM Family Fund LLC, in the amount of the Lien, held

7    pursuant to the Charging and Foreclosure Sale Order, the following amounts are recorded by

8    Judgment Creditor Give Back, LLC, its agent, or trustee:

9    NAME OF WINNING BIDDER:        _____

10   WINNING BID AMOUNT:        $_____

11   CREDIT TO JUDGMENT DEBTOR:        $_____

12        Based upon completion of the foreclosure sale and public auction pursuant to the Charging

13   and Foreclosure Sale Order, Judgment Debtor Mohamed Hadid's transferable interest, as that term

14   is defined in California *Corporations Code,* sections 17705.01 *et seq.*, in the amount of the Lien, in

15   AM Family Fund LLC shall pass from Judgment Debtor Mohamed Hadid to the purchaser as an

16   innocent purchaser for value.

17

18   Dated:

19        _____

20        [PRINT NAME:                    ]

21

22

23

24

25

26

27

28

2

01/25/22

**EXHIBIT "C" TO COURT ORDER**

01/25/22

1  LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
   Ronald N. Richards (State Bar No. 176246)
2  P.O. Box 11480
   Beverly Hills, CA  90213
3  Telephone:    (310) 556-1001
   Facsimile:    (310) 277-3325
4
   LAW OFFICES OF GEOFFREY LONG, A.P.C.
5  Geoffrey S. Long (SBN 187429)
   1601 N. Sepulveda Blvd., No. 729
6  Manhattan Beach, California 90266
   Telephone:    (310) 480-5946
7  Facsimile:    (310) 796-5663

8  Attorneys for Judgment Creditor GIVE BACK, LLC

9
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
10
        FOR THE COUNTY OF LOS ANGELES— SANTA MONICA COURTHOUSE
11                              (WEST DISTRCT)

12  GIVE BACK, LLC, a California limited liability          Case No. 20SMCV01315
    company,                                    )          (Assigned for all purposes to Hon. Elaine
13                                              )                    Mandel, Dept. P)
                    Plaintiff,                  )
14                                              )    **OWNERSHIP TRANSFER**
        v.                                      )    **DOCUMENT OF JUDGMENT**
15                                              )    **DEBTOR MOHAMED HADID'S**
    MOHAMED HADID, an individual; and DOES 1    )    **TRANSFERABLE INTEREST IN**
16  through 50, inclusive,                      )    **CASABLANCA GRAND LLC**
                                                )    **PURSUANT TO THE CHARGING**
17                  Defendants.                 )    **ORDER AND FORECLOSURE SALE**
                                                )    **ORDERED BY THE COURT**
18                                              )
                                                )
19  _____)

20          Pursuant to *Code of Civil Procedure*, sections 708.310 through 708.320, and *Corporations*

21  *Code*, section 17705.03, the Superior Court for the State of California, County of Los Angeles,

22  Judge Elaine Mandel presiding, in the above-captioned action, entered an Order Charging Judgment

23  Debtor Mohamed Hadid's Membership Interest to Satisfy Judgment and for Foreclosure Sale

24  ("Charging and Foreclosure Sale Order").

25          Pursuant to the Charging and Foreclosure Sale Order and *Code of Civil Procedure*, sections

26  708.310, 708.320, and *Corporations Code*, section 17705.03(a), the transferable interest, as that

27  term is defined in *Corporations Code*, sections 17705.01 *et seq.*, of Judgment Debtor Mohamed

28  Hadid in, *inter alia*, Casablanca Grand LLC was charged with the unpaid balance of the judgment

01/25/22

1  entered in the above-captioned action in favor of Judgment Creditor Give Back, LLC against

2  Judgment Debtor Mohamed Hadid on May 5, 2021 ("Judgment") in the amount of $26,387,498.80

3  plus post-judgment interest thereon from May 5, 2021, and any additional amounts added thereto by

4  further order of this Court (the "Lien").

5       Pursuant to the foreclosure of the Lien and public sale and auction of Judgment Debtor

6  Mohamed Hadid's transferrable interest in Casablanca Grand LLC, in the amount of the Lien, held

7  pursuant to the Charging and Foreclosure Sale Order, the following amounts are recorded by

8  Judgment Creditor Give Back, LLC, its agent, or trustee:

9  NAME OF WINNING BIDDER:     _____

10  WINNING BID AMOUNT:     $_____

11  CREDIT TO JUDGMENT DEBTOR:     $_____

12       Based upon completion of the foreclosure sale and public auction pursuant to the Charging

13  and Foreclosure Sale Order, Judgment Debtor Mohamed Hadid's transferable interest, as that term

14  is defined in California *Corporations Code,* sections 17705.01 *et seq.*, in the amount of the Lien, in

15  Casablanca Grand LLC shall pass from Judgment Debtor Mohamed Hadid to the purchaser as an

16  innocent purchaser for value.

17

18  Dated:

19      _____

20      [PRINT NAME:         ]

21

22

23

24

25

26

27

28

OWNERSHIP TRANSFER DOC. OF JUDGMENT DEBTOR MOHAMED HADID'S TRANSFERABLE INTEREST IN
CASABLANCA GRAND LLC PURSUANT CHARGING ORDER AND FORECLOSURE SALE ORDERED BY THE COURT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is P.O. Box 11480, Beverly Hills, CA  90213.

On November 30, 2021, I served the following described as **PROPOSED ORDER COVER SHEET (EFS-020)** with the proposed order in PDF format attached on the interested parties in this action.

[XX] **ELECTRONIC SERVICE** – via EMAIL PDF, through Rapid Legal e-filing service and via direct email from counsel, addressed as follows:

> Raymond John Bekeris, Esq. (Bekeris1@msn.com)
> 11975 Texas Ave. # 303
> Los Angeles, California 90025-7705
>
> Christopher L. Pitet (cpitet@apjuris.com)
> ADKISSON PITET LLP
> 100 Bayview Circle, Suite 210
> Newport Beach, CA 92660
>
> Jeffrey H. Reeves, Esq. (jreeves@tocounsel.com)
> THEODORA ORINGHER PC
> 535 Anton Boulevard, Ninth Floor
> Costa Mesa, California 92626-7109
>
> Attorneys for Defendant/Judgment Debtor MOHAMED HADID

[XX]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed November 30, 2021, at West Hollywood, California.

_____/s/ Ronald Richards_____
Ronald Richards

01/25/22

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF LODGING OF ADDITIONAL LIENS
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) APRIL 8, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2:21-bk-10335-BB Notice will be electronically mailed to:**

Jessica L Bagdanov on behalf of Trustee Sam S Leslie (TR)
jbagdanov@bg.law, ecf@bg.law

Theodore A Cohen on behalf of Interested Party Courtesy NEF
tcohen@sheppardmullin.com, amontoya@sheppardmullin.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

M Douglas Flahaut on behalf of Debtor Coldwater Development LLC
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor Lydda Lud, LLC
flahaut.douglas@arentfox.com

Eric J Fromme on behalf of Interested Party Courtesy NEF
efromme@tocounsel.com, stena@tocounsel.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Christopher J Harney on behalf of Interested Party Courtesy NEF
charney@tocounsel.com, stena@tocounsel.com

Sam S Leslie (TR)
sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com

Daniel A Lev on behalf of Creditor Give Back LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

William N Lobel on behalf of Interested Party Mohamed Hadid
wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

Douglas M Neistat on behalf of Interested Party Courtesy NEF
dneistat@gblawllp.com, mramos@gblawllp.com;tkrant@gblawllp.com

Aram Ordubegian on behalf of Debtor Coldwater Development LLC
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor Lydda Lud, LLC
ordubegian.aram@arentfox.com

Ronald N Richards on behalf of Creditor Give Back LLC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

David Seror on behalf of Trustee Sam S Leslie (TR)
dseror@bg.law, ecf@bg.law

Annie Y Stoops on behalf of Debtor Coldwater Development LLC
annie.stoops@arentfox.com, yvonne.li@arentfox.com

Annie Y Stoops on behalf of Debtor Lydda Lud, LLC
annie.stoops@arentfox.com, yvonne.li@arentfox.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Jessica Wellington on behalf of Trustee Sam S Leslie (TR)
jwellington@bg.law, ecf@bg.law

Dylan J Yamamoto on behalf of Debtor Coldwater Development LLC
dylan.yamamoto@arentfox.com

Robert M Yaspan on behalf of Interested Party Closing Agents Escrow, Inc
court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:

On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or, (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

APRIL 8, 2022          Ronald Richards                          /s Ronald Richards

_____          _____
  *Date*                      *Printed Name*                            *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.