FormCACB (hrg – van220m)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF SCHEDULED HEARING

**DEBTOR(S) INFORMATION:**
Coldwater Development LLC

**SSN:** N/A
**EIN:** 37–1620924

11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

**BANKRUPTCY NO.** 2:21–bk–10335–BB
**CHAPTER** 7

**NOTICE IS HEREBY GIVEN** that a hearing will be held to consider and act upon the following: Motion for Release of Equity Holder's Funds in Debtor in Possession's Bank Account [docket #297].

**YOU ARE HEREBY NOTIFIED** that the hearing will be conducted on:

| | |
|---|---|
| **Date:** | **May 5, 2022** |
| **Time:** | **10:00 AM** |
| **Hearing Judge:** | **Sheri Bluebond** |
| **Location:** | **255 E Temple St., Crtrm 1539, Los Angeles, CA 90012** |

Objections to the above shall be in writing and filed with the Court at least FOURTEEN (14) DAYS prior to the hearing date. Any objection not filed and served may be deemed waived. See LBR 9013–1(f).

For further information, you may review the case at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov

Dated: April 8, 2022

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court