United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-10335-BB |
| Coldwater Development LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: van220m | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coldwater Development LLC, 11301 W. Olympic Blvd. #537, Los Angeles, CA 90064-1653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Annie Y Stoops | |
| | on behalf of Debtor Lydda Lud LLC annie.stoops@arentfox.com, yvonne.li@arentfox.com |
| Annie Y Stoops | |
| | on behalf of Debtor Coldwater Development LLC annie.stoops@arentfox.com  yvonne.li@arentfox.com |
| Aram Ordubegian | |
| | on behalf of Debtor Lydda Lud LLC ordubegian.aram@arentfox.com |
| Aram Ordubegian | |
| | on behalf of Debtor Coldwater Development LLC ordubegian.aram@arentfox.com |
| Asa S Hami | |
| | on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com |
| Christopher J Harney | |
| | on behalf of Interested Party Courtesy NEF charney@tocounsel.com  stena@tocounsel.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: van220m | Total Noticed: 1 |

Daniel A Lev
    on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev
    on behalf of Creditor Give Back LLC dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

David Seror
    on behalf of Trustee Sam S Leslie (TR) dseror@bg.law ecf@bg.law

Douglas M Neistat
    on behalf of Interested Party Courtesy NEF dneistat@gblawllp.com mramos@gblawllp.com;tkrant@gblawllp.com

Dylan J Yamamoto
    on behalf of Debtor Coldwater Development LLC dylan.yamamoto@arentfox.com

Eric J Fromme
    on behalf of Interested Party Courtesy NEF efromme@tocounsel.com stena@tocounsel.com

Eryk R Escobar
    on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Jessica Wellington
    on behalf of Trustee Sam S Leslie (TR) jwellington@bg.law ecf@bg.law

Jessica L Bagdanov
    on behalf of Trustee Sam S Leslie (TR) jbagdanov@bg.law ecf@bg.law

M Douglas Flahaut
    on behalf of Debtor Coldwater Development LLC flahaut.douglas@arentfox.com

M Douglas Flahaut
    on behalf of Debtor Lydda Lud LLC flahaut.douglas@arentfox.com

Robert M Yaspan
    on behalf of Interested Party Closing Agents Escrow Inc court@yaspanlaw.com, tmenachian@yaspanlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Creditor Give Back LLC ron@ronaldrichards.com 7206828420@filings.docketbird.com

Sam S Leslie (TR)
    sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com

Theodore A Cohen
    on behalf of Interested Party Courtesy NEF tcohen@sheppardmullin.com amontoya@sheppardmullin.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

William N Lobel
    on behalf of Interested Party Mohamed Hadid wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com

TOTAL: 24

FormCACB (hrg – van220m)
(v. 12/2021)

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF SCHEDULED HEARING

**DEBTOR(S) INFORMATION:**
Coldwater Development LLC

**SSN:** N/A
**EIN:** 37–1620924

11301 W. Olympic Blvd. #537
Los Angeles, CA 90064

**BANKRUPTCY NO.** 2:21–bk–10335–BB
**CHAPTER** 7

**NOTICE IS HEREBY GIVEN** that a hearing will be held to consider and act upon the following: Motion for Release of Equity Holder's Funds in Debtor in Possession's Bank Account [docket #297].

**YOU ARE HEREBY NOTIFIED** that the hearing will be conducted on:

| | |
|---|---|
| **Date:** | May 5, 2022 |
| **Time:** | 10:00 AM |
| **Hearing Judge:** | Sheri Bluebond |
| **Location:** | 255 E Temple St., Crtrm 1539, Los Angeles, CA 90012 |

Objections to the above shall be in writing and filed with the Court at least FOURTEEN (14) DAYS prior to the hearing date. Any objection not filed and served may be deemed waived. See LBR 9013–1(f).

For further information, you may review the case at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov

Dated: April 8, 2022

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrg – van220m v. 12/2021))

**300 – 297 / ME2**