

**FILED & ENTERED**

**MAY 09 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Give Back, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT, LLC,<br><br>          Debtor. | Case No. 2:21-bk-10335-BB<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 2:21-bk-10336-BB<br><br>**ORDER, AFTER HEARING, DENYING MOTION FOR RELEASE OF EQUITY HOLDER'S FUNDS IN DEBTOR IN POSSESSION'S BANK ACCOUNT**<br><br>DATE:    May 5, 2022<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom "1539"<br><br>**[RELATES TO DOCKET NO. 297]** |
| In re<br><br>LYDDA LUD, LLC,<br><br>          Debtor. | |

DAL 2734575v1

☒ Affects Both Debtors

☐ Affects Coldwater Development, LLC only

☐ Affects Lydda Lud, LLC only

On May 5, 2022, "Equity Holder Mohamed Hadid's Notice of Motion and Motion for Release of Equity Holder's Funds in Debtor in Possession's Bank Account" (the "Motion") [Docket No. 297], filed by Mohamed Hadid ("Hadid"), came on for its regularly scheduled hearing before the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding.  Hadid appeared by and through William N. Lobel and Jeffrey H. Reeves, Theodora Oringher PC.  Give Back, LLC ("Give Back") appeared by and through Daniel A. Lev, **Sulmeyer**Kupetz, A Professional Corporation, and Ronald Richards, Law Offices of Ronald Richards & Associates, APC.  Sam S. Leslie (the "Trustee"), the duly appointed, qualified, and acting chapter 7 trustee for the estates of the debtors Coldwater Development, LLC ("Coldwater") and Lydda Lud, LLC ("Lydda" and together with Coldwater, the "Debtors"), personally appeared and appeared by and through Jessica L. Bagdanov, BG Law LLP.  Other appearances as noted on the record.

Based on the Motion, "Give Back, LLC's Opposition to Equity Holder Mohamed Hadid's Motion for Release of Equity Holder's Funds in Debtor in Possession's Bank Account" [Docket No. 305], filed by Give Back, the "Trustee's Conditional Non-Opposition to Equity Holder Mohamed Hadid's Notice of Motion and Motion for Release of Equity Holder's Funds in Debtor in Possession's Bank Account; Request for Continuance; Declaration of Sam S. Leslie in Support Thereof" [Docket No. 306], filed by the Trustee, the "Reply in Support of Motion for Release of Equity Holder's Funds in Debtor in Possession's Bank Account" [Docket No. 310], filed by Hadid, the documents and pleadings on file herein, all judicially noticeable facts, the arguments and representations of counsel, and based on the Court's tentative ruling issued on May 5, 2022, and for the reasons stated on the record, and for good cause appearing therefor,

DAL 2734575v1

2

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Motion is denied without prejudice to the filing of an adversary proceeding for declaratory relief.

2. Give Back shall file a complaint for declaratory relief regarding the disposition of the $1,500,000 held by the Trustee on or before June 6, 2022; provided, however, that, if Give Back fails to file a complaint by June 6, 2022, any other party shall be entitled to file a complaint.

### 

Date: May 9, 2022

Sheri Bluebond
United States Bankruptcy Judge